# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGUETTE ULYSSE | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | : |
| | :   CASE NO.: 1:19-cv-01465 CJN |
| METRO TRANSIT POLICE OFFICER | : |
| DERRICK STOKES, *et al.* | : |
| | : |
|    Defendants. | : |

## PLAINTIFF'S NOTICE OF SERVICE OF DEPOSITION SUBPOENA

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, counsel for Plaintiff serve the Washington Metropolitan Area Transit Authority, through its counsel, the following subpoena to appear for a deposition. The deposition will take place before a person authorized by law to administer an oath, and recorded by stenographic means, via Zoom. The deposition will commence on October 5, 2020 at 10:00 AM EST and will continue day-to-day until completed. The deposition will be taken for the purposes of discovery, use at trial, and such other purposes as are permitted by the Federal Rules of Civil Procedure.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Washington Metropolitan Area Transit Authority shall designate a person or persons to testify on its behalf as to matters known or reasonably available. The matters on which examination is requested include those listed in Attachment A to the Subpoena.

Dated: August 31, 2020                                          Respectfully Submitted,

                                                                                   /s/ Yiyang Wu
                                                                                   Jia M. Cobb (D.C. Bar No. 503340)
                                                                                   Yiyang Wu (D.C. Bar No. 1028799)
                                                                                   RELMAN, DANE & COLFAX PLLC

                                      1225 19th St. NW, Suite 600
                                      Washington, D.C. 20036
                                      Tel: 202-728-1888
                                      Fax: 202-728-0848
                                      jcobb@relmanlaw.com
                                      ywu@relmanlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, a copy of the foregoing Plaintiff's Notice of Service of Deposition Subpoena was served by electronic mail on the following counsel of record:

Janice L. Cole
Senior Counsel II
600 Fifth Street, N.W.
Washington, DC 20001
Telephone: (202) 962-2543
Facsimile: (202) 962-2550
Email: jcole@wmata.com

*Counsel for Defendants*

                                               /s/ Yiyang Wu
                                               Yiyang Wu
                                               *Attorney for Plaintiffs*