# EXHIBIT

# A

# WARNING NOTICE

**Metro Transit Police Department**
600 5th Street, NW, Washington, DC  20001

☐ Adult        ☒ Juvenile

☐ Alexandria City    ☐ Arlington County    ☐ Fairfax County
☒ District of Columbia    ☐ Montgomery County    ☐ Prince George's County

Name: Last, First, Middle
**BETTS, AMANDA MAXINE**

Address: Number, Street

Address: City, State, ZIP                            Phone

School/Business: Name, Address

Parent/Guardian

| Sex | Race | Height | Weight |
|-----|------|--------|--------|

| Eyes | Complexion | Scars/Tatoos | Hair |
|------|------------|--------------|------|

You are hereby notified that on: Date                    Time        ☐ AM  ☐ PM

Location  **(ANAC)**

You did commit the following offense
**FAIL TO PAY METRO FARE**

In violation of Section                    Of: ☒ City  ☐ County
**35-216**                                       ☐ State Law

To the person identified above on this document: The officer issuing this document has the option of writing a summons or taking you into custody, but has elected not to do so at this time. **You are not being charged with a crime at this time.** Repeated violations may result in a petition for formal charges.  Your signature represents only that you are receiving a copy of this document.  It is not an admission of guilt.

**Note to Juveniles:** A letter will be mailed to your parent or guardian for their notification.

Signature                                    Date **0901 2006**

| MTPD CCN | NCIC# | Officer/Badge |
|----------|-------|---------------|
| **2006-67891** | | **D. STOKES**   **428** |

MTPD Form 218  White: Records  Yellow: Violator  Pink: Warrant Squad  Gold: Officer

0195

**UNIFORM CRIMINAL CITATION**
State of Maryland vs.

042007075795
PRINCE GEORGES COUNTY
MTP# 2006 - 13456

| Defendant's (Last) Name | First | | Middle |
|---|---|---|---|

Current Address in Full

| City | | State | Zip Code |
|---|---|---|---|

| DOB | Height | Weight | Sex | Race | Hair | Eyes |
|---|---|---|---|---|---|---|

Related Citations

Telephone No.

NONE

Day: REFUSED    Night: REFUSED

It is formally charged that the above named person on SEPT., 1, 2006 Year

at 8:58 A M at 133 CAPITOL HGTS. BLVD (Location)

PRINCE GEORGES , City/County Maryland

did ENTER THE CAPITOL HGTS. METRO STATION IN A "PIGGY BACK" MANNER.

in violation of: ☐ Md. Ann. Code ☐ COMAR / Agency Code ☐ Common Law of Md. ☐ Ordinance
☒ Public Local Law

| Document/Article | Section | CJIS Code |
|---|---|---|
| 20A-102 | (A) | |

Penalty: 10⁰⁰ - 50⁰⁰ / NO JAIL

TO ANSWER THE ABOVE CHARGE LODGED AGAINST YOU:

**YOU ARE HEREBY SUMMONED AND COMMANDED TO APPEAR FOR TRIAL IN THE DISTRICT COURT**
OF MARYLAND FOR PRINCE GEORGES (CITY/COUNTY) LOCATED AT
5000 RHODE ISLAND AVE , MARYLAND

☐ ON ............................................. AT ............... M.
        Date
☒ WHEN NOTIFIED BY THE COURT.

**YOUR FAILURE TO OBEY THIS CITATION MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.**

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately.

I sign my name as a receipt of a copy of this citation and not as an admission of guilt. I hereby submit to the jurisdiction of the Court and agree to appear when notified.

X Defendant's Signature

I solemnly affirm under the penalties of perjury that the contents of the foregoing citation are true to the best of my knowledge, information, and belief.

| Officer's Signature | D. STOKES | 09/01/2006 | DC | MTP | 0196 | 428 |
|---|---|---|---|---|---|---|
| | | Date | Agency | Sub-Agency | | ID No. |

**DC/CR 45** (Rev. 5/2002) Print Date (3/2005)          **COURT COPY**

Note to Law Enforcement: Remove this first copy of citation before entering witness information. You may enter address of defendant as shown on driver's license if that address is different from current address.

TO THE DISTRICT COURT:
PLEASE SUMMONS THE FOLLOWING WITNESSES:

NAME

ADDRESS

CITY

DAY PHO
NIGHT PH
if Law Enfo

NAME

ADDRESS

CITY

DAY PHO
NIGHT PH
if Law Enfo

NAME

ADDRESS

CITY

DAY PHO
NIGHT PH
if Law Enfo

NAME

ADDRESS

CITY

DAY PHO
NIGHT PH
if Law Enfo

NAME

ADDRESS

CITY

DAY PHO
NIGHT PH
if Law Enfo

NAME

ADDRESS

CITY

DAY PHO
NIGHT PH
if Law Enfo

04200  5755

## UNIFORM CRIMINAL CITATION
### State of Maryland vs.

*PRINCE GEORGES COUNTY*
*MTPA 2006 - 13456*

Defendant's (Last) Name: *BETTS"*  First: *AMANDA*  Middle: *MAXINE*

Current Address in Full

_____ *PRINCE GEORGES* ___, Md., City/County, Maryland

did *ENTER THE CAPITOL HGTS. METRO STATION IN A "PIGGY BACK" MANNER.*

*MS. BETTS WAS ISSUED A CITATION FOR THE VIOLATION AND RELEASED.*

*ALL ENEMAS OCCURED IN PRINCE GEORGES*

in violation of: ☐ Md. Ann. Code  ☐ COMAR / Agency Code  ☑ Common Law of Md.  ☐ Ordinance  ☑ Public Local Law

| Document/Article | Section | CJIS Code |
|---|---|---|
| *20A-102* | *(A)* | |

Penalty: *10⁰⁰ - 50⁰⁰ / NO JAIL*

### TO ANSWER THE ABOVE CHARGE LODGED AGAINST YOU:

**YOU ARE HEREBY SUMMONED AND COMMANDED TO APPEAR FOR TRIAL** IN THE DISTRICT COURT OF MARYLAND FOR *PRINCE GEORGES* (CITY/COUNTY) LOCATED AT ..............

*5000 RHODE ISLAND AVE* .........., MARYLAND

☐ ON .............................. AT ............... M.
Date

☑ WHEN NOTIFIED BY THE COURT.

#### YOUR FAILURE TO OBEY THIS CITATION MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately.

I sign my name as a receipt of a copy of this citation and not as an admission of guilt. I hereby submit to the jurisdiction of the Court and agree to appear when notified.

**X** Defendant's Signature

I solemnly affirm under the penalties of perjury that the contents of the foregoing citation are true to the best of my knowledge, information, and belief.

Officer's Signature: *D. STOKES*  Date: *04/01/2006*  Agency: *DC*  Sub-Agency: *MTP*  ID No.: *0198*

**DC/CR 45** (Rev. 5/2002) Print Date (3/2005)  **STATE'S ATTORNEY COPY**

Notice to Law Enforcement: The following is a statement for the State's Attorney describing the events surrounding the issuance of this Citation.

ON 09/01/2006 THE UNDERSIGNED OFFICER DID OBSERVE MS. BETTS ENTER THE CAPITOL HGTS. METRO STATION IN A "PIGGY BACK" MANNER AND FAIL TO PAY METRO FARE. THE CAPITOL HGTS. STATION IS LOCATED AT 133 CAPITOL HGTS. BLVD. MS. BETTS WAS ISSUED A CITATION FOR THE VIOLATION AND RELEASED. ALL EVENTS OCCURED IN PRINCE GEORGES COUNTY MARYLAND

D. STOKES    MTP # 428

## UNIFORM CIVIL CITATION

☐ WITNESS

☐ RELATED CITATION→                                      0Z34035652

District Court of Maryland for ..... MONTGOMERY COUNTY

DC - MTP
                                                                   Agency

County/Municipality/State of Maryland
vs.  "BETTS"          Amanda              MAYINE
Defendant's (last) Name        First              Middle

Current Street Address                                    Apt. No.

City

DOB      Height    Weight    Sex      Race      Hair    Eyes
Telephone No. Da▮▮                    Telephone No. Night: ▮▮

Based on ☒ personal knowledge of the undersigned officer  ☐ the attached affidavit, the defendant is

charged with ..... FAIL  TO  PAY  METRO  FARE

THE DEFENDANT WAS OBSERVED ENTERING THE SILVER
SPRING METRO STATION IN A "PIGGYBACK" MANNER
WITH OUT PAYING THE ESTABLISHED METRO FARE

.................. at .... 11:35 .... ☐AM ☒PM on .08./.21./06
at 8461 ColesVILLE Rd (SILS)  Time  SILVER SPRING , M.D.  Month  Day  Year
                              Location  MONTGOMERY County, MD in violation

of:  Md. Ann. Code    Municipal Infraction/County Ordinance/Public Local Law/Local Code    COMAR

Document/Article  54    Section  A    Sub Section  2    Paragraph  9

Each day a violation continues is a separate infraction subject to an additional citation.

I sign my name as a receipt of a copy of this Citation and not as an admission of guilt. I will comply with the requirements
set forth in this Citation.

X Defendant's Signature

## INSTRUCTIONS

☐ YOU MUST APPEAR IN COURT. A notice of trial date will be mailed to you.
                                              04/15/06
☒ YOU MAY PAY A FINE of $ .50 .00. by .09/01/0 DLS....... to the ☐ District Court
☒ COUNTY ATTORNEY'S OFFICE  Date  ........at...............
  ROCKVILLE, M.D.  Agency/Municipality  20850  .............and AVOID TRIAL.
  This will be deemed an admission of guilt and a trial date will not be set.  Payment Location

☒ YOU MAY ELECT TO STAND TRIAL. DO NOT SEND PAYMENT OF FINE. Notify 9/20/06
  COUNTY ATTORNEYS OFFICE  ..................... in writing by 09/11/06 DLS
  at 101 MONROE ST  Agency/Municipality  ROCKVILLE, M.D. 20856  Date
                    Address
  The District Court will mail you a notice of your trial date and location. AT TRIAL the Court may
  impose a fine up to $ .50 .00 ......................... plus court costs.

☐ IN ADDITION, ..................................................... is seeking abatement of
                        Agency/Municipality
  this infraction. You may be ordered to abate this infraction or be assessed the costs for the
  abatement, as well as a fine of up to $1,000, plus court costs.

☐ FAILING TO APPEAR OR PAY THE FINE MAY RESULT IN A WARRANT BEING ISSUED FOR
  YOUR ARREST.

☐ FAILING TO PAY THE FINE OR REQUEST A TRIAL DATE: will deem you liable for the fine
  assessed; the fine may be doubled and/or a judgment on affidavit may be entered against you
  including an order of abatement.

☒ FAILURE TO APPEAR FOR A REQUESTED TRIAL DATE: the fine may be doubled and a
  judgment on affidavit entered against you.

I solemnly affirm under the penalties of perjury, and based upon personal knowledge or the attached
affidavit, that the contents of this citation are true and that I am competent to testify on these matters. The
defendant is not now and has not been within the preceding 30 days, in the military service as defined in
the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

Officer's Signature ▮▮      D. STOKES      08/21/06
                            Officer's Printed Name      Date

D.C.          MTP          428          ▮▮
Agency        Sub-Agency   I.D. No.     0200 one

**DC 28** (Rev. 9/2003) Print Date (11/2003)

**Note to Law Enforcement: Remove this first copy of Citation before entering witness information.**

TO THE DISTRICT COURT:

| | | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CITY | STATE | ZIP |
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |
| If Law Enforcement    Agency | Sub-Agency | I.D. |

| | | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CITY | STATE | ZIP |
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |
| If Law Enforcement    Agency | Sub-Agency | I.D. |

| | | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CITY | STATE | ZIP |
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |
| If Law Enforcement    Agency | Sub-Agency | I.D. |

| | | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CITY | STATE | ZIP |
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |
| If Law Enforcement    Agency | Sub-Agency | I.D. |

| | | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CITY | STATE | ZIP |
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |
| If Law Enforcement    Agency | Sub-Agency | I.D. |

| | | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| CITY | STATE | ZIP |
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT. # | |
| If Law Enforcement    Agency | Sub-Agency | I.D. |

0201

**WITNESS LIST**

**UNIFORM CRIMINAL CITATION**
**State of Maryland vs.**

042007075795

*PRINCE GEORGES COUNTY*
*MTP # 2006 - 13456*

| Defendant's (Last) Name | First | Middle |
|---|---|---|
| "BETTS" | AMANDA | MAXINE |

Current Address in Full

[redacted]

| City | State | Zip Code |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| DOB | Height | Weight | Sex | Race | Hair | Eyes |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |

Related Citations

NONE

Telephone No.

Day: *REFUSED*    Night: *REFUSED*

It is formally charged that the above named person on SEPT., 1, 2006
Year

at 8:58 A M at 133 CAPITOL HGTS. BLVD
(Location)

PRINCE GEORGES, City/County Maryland

did ENTER THE CAPITOL HGTS. METRO STATION
IN A "PIGGY BACK" MANNER.

in violation of: ☐ Md. Ann. Code  ☐ COMAR / Agency Code  ☐ Common Law of Md.  ☐ Ordinance
☒ Public Local Law

| Document/Article | Section | CJIS Code |
|---|---|---|
| 20A-102 | (A) | |

Penalty: 10⁰⁰ - 50⁰⁰ / NO JAIL

TO ANSWER THE ABOVE CHARGE LODGED AGAINST YOU:

**YOU ARE HEREBY SUMMONED AND COMMANDED TO APPEAR FOR TRIAL** IN THE DISTRICT COURT
OF MARYLAND FOR PRINCE GEORGES (CITY/COUNTY) LOCATED AT
5000 RHODE ISLAND AVE ..........................................., MARYLAND
☐ ON ........................................................ AT ................ M.
Date
☒ WHEN NOTIFIED BY THE COURT.

**YOUR FAILURE TO OBEY THIS CITATION MAY RESULT IN THE ISSUANCE OF
A WARRANT FOR YOUR ARREST.**

To request a foreign language interpreter or a reasonable accommodation under the
Americans with Disabilities Act, please contact the court immediately.

I sign my name as a receipt of a copy of this citation and not as an admission of guilt. I hereby submit to the
jurisdiction of the Court and agree to appear when notified.

**X** Defendant's Signature

I solemnly affirm under the penalties of perjury that the contents of the foregoing citation are true to the best of
my knowledge, information, and belief.

| Officer's Signature | | | | |
|---|---|---|---|---|
| [redacted] .STOKES | 09/01/2006 | DC | MTP | 0202  428 |
| | Date | Agency | Sub-Agency | ID No. |

**DC/CR 45** (Rev. 5/2002) Print Date (3/2005)    **COURT COPY**

Note to Law Enforcement: Remove this first copy of citation before entering witness information. You may enter address of defendant as shown on driver's license if that address is different from current address.
TO THE DISTRICT COURT:
PLEASE SUMMONS THE FOLLOWING WITNESSES:

NAME

ADDRESS

| CITY | STATE | ZIP |
|------|-------|-----|
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT # | |
| If Law Enforcement ☐ Agency | ☐ Sub-Agency | ☐ I.D. |

NAME

ADDRESS

| CITY | STATE | ZIP |
|------|-------|-----|
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT # | |
| If Law Enforcement ☐ Agency | ☐ Sub-Agency | ☐ I.D. |

NAME

ADDRESS

| CITY | STATE | ZIP |
|------|-------|-----|
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT # | |
| If Law Enforcement ☐ Agency | ☐ Sub-Agency | ☐ I.D. |

NAME

ADDRESS

| CITY | STATE | ZIP |
|------|-------|-----|
| DAY PHONE | ROOM # | |
| NIGHT PHONE | APT # | |
| If Law Enforcement ☐ Agency | ☐ Sub-Agency | ☐ I.D. |

0203

**UNIFORM CRIMINAL CITATION**
**State of Maryland vs.**   PRINCE GEORGES COUNTY   MTPA 2006-13456

| Defendant's (Last) Name | First | Middle |
|---|---|---|
| BETTS | AMANDA | MAXINE |

City ____  State ____  Zip Code ____

Related Citations ____

Telephone No.
Day: REFUSED   Night: REFUSED

It is formally charged that the above named person on SEPT. 1 2006

at 0:58 M at ____ (Location)

did ENTER THE CAPITOL HGTS. METRO STATION IN A "PIGGYBACK" MANNER.

in violation of: ☐ Md. Ann. Code ☐ COMAR / Agency Code ☑ Common Law of Md. ☐ Ordinance ☑ Public Local Law

| Document/Article | Section | CJIS Code |
|---|---|---|
| 20A-102 | (A) | |

Penalty: 1000 - 5000 / NO JAIL

TO ANSWER THE ABOVE CHARGE LODGED AGAINST YOU:

**YOU ARE HEREBY SUMMONED AND COMMANDED TO APPEAR FOR TRIAL** IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGES (CITY/COUNTY) LOCATED AT 500 RHODE ISLAND AVE , MARYLAND

☐ ON ____ Date ____ AT ____ M.
☑ WHEN NOTIFIED BY THE COURT.

**YOUR FAILURE TO OBEY THIS CITATION MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.**

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately.

I sign my name as a receipt of a copy of this citation and not as an admission of guilt. I hereby submit to the jurisdiction of the Court and agree to appear when notified

X Defendant's Signature ____

I solemnly affirm under the penalties of perjury that the contents of the foregoing citation are true to the best of my knowledge, information, and belief.

Officer's Signature D. STOKES   Date 04/01/2006   Agency DC   Sub-Agency MTP   ID No. 0204

**DC/CR 45** (Rev. 5/2002) Print Date (3/2005)   **STATE'S ATTORNEY COPY**

Notice to Law Enforcement: The following is a statement for the State's Attorney describing the events surrounding the issuance of this Citation.

ON 09/01/2006 THE UNDERSIGNED OFFICER DID OBSERVE MS. BETTS ENTER THE CAPITOL HGTS. METRO STATION IN A "PIGGY BACK" MANNER AND FAIL TO PAY METRO FARE, THE CAPITOL HGTS. STATION IS LOCATED AT 133 CAPITOL HGTS, BLVD.

MS. BETTS WAS ISSUED A CITATION FOR THE VIOLATION AND RELEASED.

ALL EVENTS OCCURED IN PRINCE GEORGES COUNTY MARYLAND

D. STOKES    MTP # 428

0205

# UNIFORM CIVIL CITATION

☐ WITNESS

☐ RELATED CITATION→

0Z34035652

District Court of Maryland for   MONTGOMERY COUNTY

DC - MTP

County/Municipality/State of Maryland
vs.   "BETTS"        Amanda        MAYINE

Defendant's (Last) Name        First        Middle

Current Street Address        Apt. No.

City        State        Zip Code

Telephone No. Day:        Telephone No. Night:

Based on  ☒ personal knowledge of the undersigned officer  ☐ the attached affidavit, the defendant is

charged with  FAIL TO PAY METRO FARE

THE DEFENDANT WAS OBSERVED ENTERING THE SILVER

SPRING METRO STATION IN A "PIGGYBACK" MANNER

WITH OUT PAYING THE ESTABLISHED METRO FARE

at 8401 ColesVILLERd (SILS)   at  11:35  ☐ AM ☒ PM on  08 / 21 / 06
                                         Time                    Month  Day  Year
                               Location  SILVER SPRING, M.D.

                               MONTGOMERY County, MD in violation

of:  Md. Ann. Code   Municipal Infraction/County Ordinance/Public Local Law/Local Code   COMAR

Document/Article  54   Section  A   Sub Section  2   Paragraph  9

Each day a violation continues is a separate infraction subject to an additional citation.

I sign my name as a receipt of a copy of this Citation and not as an admission of guilt. I will comply with the requirements
set forth in this Citation.

X Defendant's Signature

## INSTRUCTIONS

☐ YOU MUST APPEAR IN COURT. A notice of trial date will be mailed to you.

☒ YOU MAY PAY A FINE of $ 50.00 by 09/01/06 DLS  09/15/06 ........... to the ☐ District Court
                                              Date

☒ COUNTY ATTORNEY'S OFFICE .......................at......................
                    Agency/Municipality

ROCKVILLE, M.D. .............. 20850 ...................and AVOID TRIAL.
                    Payment Location

This will be deemed an admission of guilt and a trial date will not be set.

☒ YOU MAY ELECT TO STAND TRIAL. DO NOT SEND PAYMENT OF FINE. Notify 9/20/06 DLS

C OUNTY ATTORNEYS OFFICE ............. in writing by 09/11/06 DLS
                    Agency/Municipality                                Date

at 101 MONROE ST. ROCKVILLE, M.D. 20850
                    Agency/Municipality        Address

The District Court will mail you a notice of your trial date and location. AT TRIAL the Court may

impose a fine up to $ 50.00 .................. plus court costs.

☐ IN ADDITION, ................................................... is seeking abatement of
                    Agency/Municipality

this infraction. You may be ordered to abate this infraction or be assessed the costs for the

abatement, as well as a fine of up to $1,000, plus court costs.

☐ FAILING TO APPEAR OR PAY THE FINE MAY RESULT IN A WARRANT BEING ISSUED FOR
YOUR ARREST.

☐ FAILING TO PAY THE FINE OR REQUEST A TRIAL DATE: will deem you liable for the fine
assessed; the fine may be doubled and/or a judgment on affidavit may be entered against you
including an order of abatement.

☒ FAILURE TO APPEAR FOR A REQUESTED TRIAL DATE: the fine may be doubled and a
judgment on affidavit entered against you.

I solemnly affirm under the penalties of perjury, and based upon personal knowledge or the attached
affidavit, that the contents of this citation are true and that I am competent to testify on these matters. The
defendant is not now and has not been within the preceding 30 days, in the military service as defined in
the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

Officer's Signature        D. STOKES        08/21/06
                           Officer's Printed Name        Date

D.C.   MTP   428   202-962-2121
Agency   Sub-Agency   I.D. No.   Phone

0206

DC 28 (Rev. 9/2003) Print Date (11/2003)

**MUNICIPALITY/COURT COPY**

**Note to Law Enforcement: Remove this first copy of Citation before entering witness information.**

TO THE DISTRICT COURT:

| | | |
|---|---|---|
| **NAME** | | |
| **ADDRESS** | | |
| **CITY** | **STATE** | **ZIP** |
| **DAY PHONE** | **ROOM #** | |
| **NIGHT PHONE** | **APT. #** | |
| **If Law Enforcement   Agency** | **Sub-Agency** | **I.D.** |
| **NAME** | | |
| **ADDRESS** | | |
| **CITY** | **STATE** | **ZIP** |
| **DAY PHONE** | **ROOM #** | |
| **NIGHT PHONE** | **APT. #** | |
| **If Law Enforcement   Agency** | **Sub-Agency** | **I.D.** |
| **NAME** | | |
| **ADDRESS** | | |
| **CITY** | **STATE** | **ZIP** |
| **DAY PHONE** | **ROOM #** | |
| **NIGHT PHONE** | **APT. #** | |
| **If Law Enforcement   Agency** | **Sub-Agency** | **I.D.** |
| **NAME** | | |
| **ADDRESS** | | |
| **CITY** | **STATE** | **ZIP** |
| **DAY PHONE** | **ROOM #** | |
| **NIGHT PHONE** | **APT. #** | |
| **If Law Enforcement   Agency** | **Sub-Agency** | **I.D.** |
| **NAME** | | |
| **ADDRESS** | | |
| **CITY** | **STATE** | **ZIP** |
| **DAY PHONE** | **ROOM #** | |
| **NIGHT PHONE** | **APT. #** | |
| **If Law Enforcement   Agency** | **Sub-Agency** | **I.D.** |
| **NAME** | | |
| **ADDRESS** | | |
| **CITY** | **STATE** | **ZIP** |
| **DAY PHONE** | **ROOM #** | |
| **NIGHT PHONE** | **APT. #** | |
| **If Law Enforcement   Agency** | **Sub-Agency** | **I.D.** |

**WITNESS LIST**

81029

## Metro Transit Police

# VIOLATION CITATION

| Defendant's Name | First | Middle | Last |
|---|---|---|---|
| | AMANDA | MAXINE | "BETTS" |

Addre███████████

City ███ County ███ State ZIP Phone - Residence
███████████

| Business | Name | Address | Phone - Business |
|---|---|---|---|
| METRO | 600 TH 5TH S.T., N.W. | | 2/202 - 196 |

Description ███ Driver's License Number ███ Other ID Number
███████████

| Sex | Race | Height | Weight | Hair |
|---|---|---|---|---|
| ███████████ | | | | |

Eyes ███ Complexion ███ ███ ███
███████████

You are hereby notified that on: **MONDAY 090106**  Time **8:58** ◉ PM

at Location **(ARCH)**
**701 F PENN. AVE., NW**                    MPDC District **1**

You did commit the following offense: Cite **FAIL TO PAY (RAIL)**

In violation of: ☒ DC Code  ☐ DC Police Regulations    Collateral Amt. $ **50.00**

You are directed to report to any Metropolitan Police District Station listed on the reverse side of this citation within fifteen [15] days and post required collateral for the offense written above. You have the option to forfeit collateral or request a date for your appearance in court. Failure to deposit collateral within fifteen [15] days from the date you received this citation will cause this matter to be presented to the DC Superior Court and will result in the issuance of a warrant for your arrest.

I do solemnly declare/affirm under penalty of perjury that the contents of the foregoing are true and correct to the best of my knowledge and belief.

| Issuing Officer Print | Sign | ID# |
|---|---|---|
| D. STOKES | D. *(signature)* | 428 |

| Issuing Date | NCIC# | Officer's Court Date |
|---|---|---|
| 09/01/2006 | 12345 | 09/20/2006 |

Acknowledgment: I acknowledge receipt of a copy of this citation and hereby promise to appear as required. I understand that acceptance of this citation is not an admission of guilt but that my failure to post the required collateral will result in the issuance of a warrant for my arrest.

Defendant Signature *(signature)*    Date **9/1/2006**

**Booking Related Information:**
To be completed by MPDC booking personnel and forwarded to the Metro Transit Police.

Amount of Collateral Posted            Disposition/Court Appearance Date

District/Case Number                   Name/Rank of Booking Personnel

| MTPD CCN | MPDC CCN |
|---|---|
| 2006-12345 | 312-456 |

White: Court    Yellow: Violator    Pink: Law Enforcement    Gold: Officer    MTP Form #219

**Metropolitan Police District Station Locations**
You may post collateral and request a court date or forfeit collateral (pay the citation).

1ˢᵗ District - 415 4ᵗʰ Street, SW
2ⁿᵈ District - 3320 Idaho Avenue, NW
3ʳᵈ District - 1620 V Street, NW
4ᵗʰ District - 6001 Georgia Avenue, NW

5ᵗʰ District - 1805 Bladensburg Road, NE
6ᵗʰ District - 100 42ⁿᵈ Street, NE
7ᵗʰ District - 2455 Alabama Avenue, SE

**Forfeit Collateral**
You may forfeit collateral (pay this citation) and decline a court hearing by mailing a copy of this citation and a check or money order (Payable to "DC Treasurer") to:

Metro Transit Police
600 Fifth Street, NW
Washington, DC 20001

**Statement of Facts:** Write a detailed statement below, in your own words, of the circumstances surrounding the offense and issuance of the citation. Indicate oral statements made by the defendant.

ON 09/01/2006 THE UNDERSIGNED
OFFICER DID OBSERVED Ms. BETTS
ENTER THE ARCHIVES METRO
STATION AND DID NOT PAY
METRO FAIR.
THE ARCHIVES STATION IS LOCATED
AT 701 F PENN. AVE., N.W.
Ms. BETTS WAS GIVEN A CITATION
(C#8929) AND RELEASED

| Issuing Officer Sign | Date | ID# |
|---|---|---|
| D. HL | 09012006 | 428 |

MTP # 2006-13956
NCIC # 123 45

**05- 5108 VIRGINIA UNIFORM SUMMONS**

VUS REV. 7-01-04

**METRO TRANSIT POLICE**

CASE NO.

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF) (COUNTY OF) ARLINGTON

- ☒ GENERAL DISTRICT COURT (TRAFFIC)
- GENERAL DISTRICT COURT (CRIMINAL)
- JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

THE ACCUSED WAS THIS DAY:
- TRIED IN ABSENCE
- PRESENT

NAME: "BETTS" (LAST) AMANDA (FIRST) MAXINE (MIDDLE)

RES. JURIS. 000

ON SEPT 31 OCT 2, 1, 20 06 AT 10:00 ☒ A.M. ☐ P.M.
ADDRESS 1425 NORTH COURT HOUSE ROAD

DATE OF OFFENSE 09 01 2006  DAY OF WEEK MONDAY  TIME 8:58 AM

FOR VIOLATION OF ☐ STATE ☒ COUNTY ☐ CITY ☐ TOWN

LAW SECTION 14.2-81   DESCRIBE CHARGE: FARE EVASION

JURISDICTION OF OFFENSE 000

LOCATION OF OFFENSE (BALL) 4230 FAIRFAX Dr.

ARREST LOCATION BALLSTON METRO 4230 FAIRFAX DR

ARREST DATE 09012006  OFFICER D. STOKES

VCC:

COMMERCIAL MOTOR VEHICLE ☐YES ☐NO
HAZARDOUS MATERIALS ☐YES ☐NO
RESULTED IN FATALITY ☐YES ☐NO
HIGHWAY SAFETY CORRIDOR ☐YES ☐NO

I PROMISE TO APPEAR AT THE TIME AND PLACE SHOWN ABOVE. SIGNING THIS SUMMONS IS NOT AN ADMISSION OF GUILT. I CERTIFY THAT MY CURRENT MAILING ADDRESS IS AS SHOWN BELOW

YOU MUST APPEAR AT TRIAL (JUVENILES MUST APPEAR WITH PARENT/LEGAL GUARDIAN).

☒ YOU MAY AVOID COMING TO COURT ONLY IF THIS BLOCK IS CHECKED AND ALL INSTRUCTIONS ON DEFENDANT'S COPY ARE FOLLOWED.

ONLY CALL _____ IF MORE HELP IS NEEDED.
MAILING ADDRESS: ☐ SAME AS ABOVE AT RIGHT   P.O. BOX/STREET
☐ CHANGE FROM D.L.

☐ PROSECUTING ATTORNEY (NAME)
☐ DEFENDANT'S ATTORNEY (NAME)
☐ NO ATTORNEY ☐ ATTORNEY WAIVED

THE ACCUSED PLEADED:
☐ NOT GUILTY ☐ NOLO CONTENDERE ☐ GUILTY ☐ PREPAYMENT
AND WAS TRIED AND FOUND BY ME:
☐ FINDING SUFFICIENT- DEFERRED §
☐ NOT GUILTY ☐ GUILTY AS CHARGED ☐ GUILTY OF

IN ADDITION I FIND THE ACCUSED WAS:
☐ DRIVING A COMMERCIAL M.V.
☐ CARRYING HAZARDOUS MAT.
☐ A CDL HOLDER
AND THE OFFENSE:
☐ RESULTED IN A FATALITY
☐ WAS IN A HWY. SAFETY COR.
☐ I ORDER THE CHARGE DISMISSED
☐ I ORDER A NOLLE PROSEQUI ON COMMONWEALTH'S MOTION

I IMPOSE THE FOLLOWING SENTENCE:
☐ FINE ☐ CIVIL PENALTY OF $ _____ WITH $ _____ SUSPENDED.
☐ DRIVER'S LICENSE SUSPENDED EFFECTIVE IN FIFTEEN (15) DAYS IF FINES/COSTS/FORFEITURE/PENALTY/RESTITUTION NOT PAID IN FIFTEEN (15) DAYS §46.2-395.
☐ JAIL SENTENCE OF _____ WITH _____ SUSPENDED.
CONDITIONED UPON BEING OF GOOD BEHAVIOR AND KEEPING THE PEACE.
☐ ON PROBATION FOR _____
☐ DRIVER'S LICENSE SUSPENDED
CONSECUTIVE SUSPENSION UNDER §46.2-301 ☐ YES ☐ NO
PAYABLE TO _____
☐ STITUTION OF _____ AS CONDITION OF SUSPENDED SENTENCE.
☐ OTHER: _____

DATE 05- 5108   JUDGE

121 TIA FEE  $
244 C.H. SECURITY FEE  $
120/217 CT. APPT. ATTY.  $
113 WITNESS FEE  $
110/201 FINE
114/129/237 CIVIL PENALTY
460 FIXED TRAFFIC INFRACTION FEE  $
461 FIXED MISDEMEANOR FEE  $
462 FIXED MISDEMEANOR FEE - DRUGS  $

TOTAL  $
109 INTEREST CHARGE
TOTAL WITH INTEREST  $

APPEAL BOND  $
☐ APPEAL NOTED ON
☐ APPEAL WITHDRAWN

**COURT COPY - PAGE 1**

0210

MTP# 2006-13456
NCIC# 123 45

**O5- 5108 VIRGINIA UNIFORM SUMMONS**

**METRO TRANSIT POLICE**

CASE NO.

NAME    LAST    FIRST    MIDDLE
"BETTS"    AMANDA    MAYTNIE

RES. ADDRESS    ZIP    RES JURIS.
000

CITY/TOWN    STATE    ZIP

RACE    SEX    DOB    HT    WGT    EYES    HAIR

☐ CK. OR. IN. CRIMINAL OFFENS

CDL HOLDER ☐ YES ☒ NO

YEAR    MAKE    TYPE
V E H

LICENSE NO.    STATE    YEAR

JURISDICTION OF OFFENSE    DATE OF OFFENSE    DAY OF WEEK    TIME
000    09 01 2006    MONDAY    8:58 ☐ A.M. ☐ P.M.

DIRECTION    ACCIDENT ☐ YES ☐ NO    WEATHER    ROUTE NUMBERS/STREET

LOCATION OF OFFENSE (BALL)
4230 FAIRFAX Dr.

ARREST DATE    ARREST LOCATION
09 01 2006    BALSTON METRO 4230 FAIRFAX DR.

OFFICER    CODE/BADGE NO.
D. STOKES    MTP# 428

P.O. BOX/STREET    STATE    ZIP

CASE DISPOSITION
☐ CONVICTED
☐ DISMISSED
☐ COMPLIED WITH LAW
☐ NOLLE PROSEQUI
☐ REDUCED
☐ NOLO CONTENDERE

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF / COUNTY OF)
ARLINGTON

☐ GENERAL DISTRICT COURT (TRAFFIC)
☐ GENERAL DISTRICT COURT (CRIMINAL)
☐ JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

1425 NORTH COURT HOUSE ROAD
ADDRESS

ON "5501" OCT. 31, 20 06 AT 10:00 ☐ A.M. ☐ P.M.

FOR VIOLATION OF ☐ STATE ☒ COUNTY ☐ CITY ☐ TOWN

LAW SECTION    DESCRIBE CHARGE:
14.2-81    FARE EVASION

I.D. #: _____
INCIDENT #: _____
ARRESTEE #: _____
TYPE OF ARREST: _____    VCC: _____

WEAPONS AT ARREST: _____

TYPE OF CRIMINAL ACTIVITY:

COMMERCIAL MOTOR VEHICLE ☐ YES ☐ NO
HAZARDOUS MATERIALS ☐ YES ☐ NO
RESULTED IN FATALITY ☐ YES ☐ NO
HIGHWAY SAFETY CORRIDOR

I PROMISE TO APPEAR AT THE TIME AND PLACE SHOWN ABOVE. SIGNING THIS SUMMONS IS NOT AN ADMISSION OF GUILT. I CERTIFY THAT MY CURRENT MAILING ADDRESS IS AS SHOWN BELOW

X _____
SIGNATURE

DRUG TYPE: _____
MJT. CL. _____
INDC. CL. _____

ETHNICITY: _____

RESIDENCE: _____

DISPOSITION IF UNDER 18: _____

UCR OFFENSE CODE: _____

YOU MUST APPEAR AT TRIAL (JUVENILES MUST APPEAR WITH PARENT/ LEGAL GUARDIAN).

☒ YOU MAY AVOID COMING TO COURT ONLY IF THIS BLOCK IS CHECKED AND ALL INSTRUCTIONS ON DEFENDANT'S COPY ARE FOLLOWED.

ONLY CALL _____ IF MORE HELP IS NEEDED.

MAILING ADDRESS: ☐ SAME AS ABOVE AT RIGHT
☐ CHANGE FROM D.L.

OFFICER'S NOTES

AMDT 1 = 1 VE OK EXHEB

**OFFICER'S COPY - PAGE 6**

VUS REV. 7-01-04

0212

O5- 5108

**INCIDENT #:** The up to 12 character number assigned by your department to the incident report.

**ARRESTEE #:** Each arrestee in a particular incident is assigned a sequence number from 01 to 99.

**TYPE OF ARREST:**
O = On-View Arrest
S = Summoned/Cited
T = Taken Into Custody

**TYPE/CRIMINAL ACTIVITY:**
B = Buying
C = Cultivate/Manufacture/Publish
D = Distributing/Selling
E = Exploiting Children
O = Operating/Promoting/Assisting
P = Possessing/Concealing
T = Transport/Transmit/Import
U = Using/Consuming

**MULT. CL. INDIC.:**
Indicates clearance of multiple incidents in your jurisdiction
M = Multiple
C = Count Arrestee
N = N/A

**ETHNICITY (of Arrestee):**
H = Hispanic Origin
N = Not of Hispanic Origin
U = Unknown

**RESIDENCE STATUS (of Arrestee):**
R = Resident
N = Nonresident
U = Unknown

**DISPOSITION OF ARRESTEE UNDER 18:**
H = Handled within Department
R = Referred outside Department

**WEAPONS AT ARREST:**
01 = Unarmed
11 = Firearm (type not stated)
12 = Handgun
13 = Rifle           *(Place "A" beside 11 through 16 if automatic)*
14 = Shotgun
15 = Other Firearm
16 = Illegal Cutting Instrument
17 = Club/Blackjack/Brass

**DRUG TYPE:**
A = "Crack" Cocaine
B = Cocaine
C = Hashish
D = Heroin
E = Marijuana
F = Morphine
G = Opium
H = Other Narcotics
I = LSD
J = PCP
K = Other Hallucinogens
L = Amphetamines/Methamphetamines
M = Other Stimulants
N = Barbiturates
O = Other Depressants
P = Other Drugs
U = Unknown Type Drug
X = Over 3 Drug Types

| UCR GROUP A OFFENSES | CODE # |
|---|---|
| ARSON | 200 |
| ASSAULT OFFENSES | |
| Aggravated Assault | 13A |
| Simple Assault | 13B |
| Intimidation | 13C |
| BRIBERY | 510 |
| BURGLARY/B&E | 220 |
| COUNTERFEITING/FORGERY | 250 |
| DESTRUCTION/DAMAGE/VANDALISM | 290 |
| DRUG/NARCOTICS OFFENSES | |
| Drug/Narcotics Violations | 35A |
| Drug Equipment Violations | 35B |
| EMBEZZLEMENT | 270 |
| EXTORTION/BLACKMAIL | 210 |
| FRAUD OFFENSES | |
| False Pretense/Swindle | 26A |
| Credit Card/Automatic Teller | 26B |
| Impersonation | 26C |
| Welfare Fraud | 26D |
| Wire Fraud | 26E |
| GAMBLING OFFENSES | |
| Betting/Wagering | 39A |
| Operating/Promoting/Assisting | 39B |
| Gambling Equipment Violations | 39C |
| Sports Tampering | 39D |
| HOMICIDE OFFENSES | |
| Murder/Nonnegligent Manslaughter | 09A |
| Negligent Manslaughter | 09B |
| Justifiable Homicide | 09C |
| KIDNAPPING/ABDUCTION | 100 |
| LARCENY/THEFT OFFENSES | |
| Pocket-Picking | 23A |
| Purse-Snatching | 23B |
| Shoplifting | 23C |
| Theft from Building | 23D |
| Theft from Coin Machine | 23E |
| Theft from Motor Vehicle | 23F |
| Theft of Motor Vehicle Parts | 23G |
| All Other Larceny | 23H |

| UCR GROUP A OFFENSES | CODE # |
|---|---|
| MOTOR VEHICLE THEFT | 240 |
| OBSCENE MATERIAL/PORNOGRAPHY | 370 |
| PROSTITUTION OFFENSES | |
| Prostitution | 40A |
| Assisting or Promoting Prostitution | 40B |
| ROBBERY | 120 |
| SEX OFFENSES - FORCIBLE: | |
| Rape | 11A |
| Sodomy | 11B |
| Sexual Assault with Object | 11C |
| Fondling/Indecent Liberties/Child Molesting | 11D |
| SEX OFFENSES - NONFORCIBLE: | |
| Incest | 36A |
| Statutory Rape | 36B |
| STOLEN PROPERTY OFFENSES | 280 |
| WEAPONS VIOLATIONS | 520 |

| UCR GROUP B OFFENSES | CODE # |
|---|---|
| BAD CHECKS | 90A |
| CURFEW/LOITERING/VAGRANCY | 90B |
| DISORDERLY CONDUCT | 90C |
| DRIVING UNDER THE INFLUENCE | 90D |
| DRUNKENNESS | 90E |
| FAMILY OFFENSES - NONVIOLENT | 90F |
| LIQUOR LAWS | 90G |
| PEEPING TOM | 90H |
| RUNAWAY | 90I |
| TRESPASS | 90J |
| CONSPIRACY TO COMMIT FELONY | 90X |
| ALL OTHER OFFENSES | 90Z |

NOT FOR PUBLIC DISSEMINATION

# Suspect/Arrestee Report



Metro Transit Police Department — ORI-DCMTP0000

| ☑ Original Report ☐ Supplement Report | Date Original Report 9012006 | Sup. Or Change Date | MTPD CCN 2006-13456 | Local Juris. ARL | Local CCN |

| Victim/Business Name WMATA | Arrestee Offense Code | Date of Event 09012006 | Multiple Suspects or Arrests? ☑ No ☐ Yes |

**Suspect/Arrestee Information** — Suspect/Arrestee Sequence #: 01 — ☐ Suspect ☑ Arrestee

Last Name "BETTS" — First Name AMANDA — MI M

Alias Last Name NONE — Alias First Name — Alias MI NONE

Street [redacted] — City — Co. — State — Zip Code — DOB [redacted]

Phone REFUSED — Work Phone or School - E-Mail NONE — Driver [redacted] NONE — N/A

Occupation NONE — Place of Employment UNEMPLOYED — Resident in Jurisdiction of Offense? ☑ Resident R ☐ Non-Resident N ☐ Unknown U — WASH., D.C.

**Age Of Suspect/Arrestee**

Known Age 23 — Or — Range From: To: — Or — Over 98 Years Old ☐ — Unknown ☐

Race: ☐ White W ☑ Black B ☐ American Indian I ☐ Asian A ☐ Unknown U
Sex: ☐ Male M ☑ Female F ☐ Unknown U
Ethnicity: ☐ Hispanic H ☐ Non-Hispanic N ☑ Unknown U

Weapons at Arrest (Max. 2. Place 'A' in blank if weapon fully automatic.)
☑ Unarmed 01 ☐ Shotgun 14 ☐ Firearm 11 ☐ Other Firearm 15 ☐ Handgun 12 ☐ Lethal Cutting Instrument 16 ☐ Rifle 13 ☐ Club/Blackjack/Brass 17

Description — Height — Weight — Eyes — Hair — Complex — Scars NONE — Tatoos NONE — Hat NONE — Coat MULTI COLOR — Shirt WHITE — Pants/Skirt BLUE — Shoes BLK

Arrest Date 09012006 — Time 8:58 AM — Arrest Location BALLSTON METRO — Arrest Type: ☐ On-View Arrest O ☑ Summons/Cited S ☐ Taken Into Custody T — Arrest, Summons, or Warrant Number 05-5108

Charge(s) 1 FARE EVASION — 2 — 3 — 4 — 5

Action File ID X ☐ Felony Disp Code C ☑ Misd. | File ID ☐ Felony Disp Code ☐ Misd. | File ID ☐ Felony Disp Code ☐ Misd. | File ID ☐ Felony Disp Code ☐ Misd. | File ID ☐ Felony Disp Code ☐ Misd.

File ID: Adult Arrest D   Juvenile Arrest J   Summons/Citation X   Warrant Issued Z   Adult Warning W   Juvenile Warning H

Disposition Codes: Court C   Lock up L   Forfeit F   Papered B   No Paper P   Guilty G   Not Guilty Z   Nolle Pros N   Otherwise Cleared O

Multiple Clearance Indicator: ☐ N/A N ☐ Count Arrestee C ☐ Multiple M
Disposition of Arrestee Under Age 18: ☐ Handled Within Department H ☐ Referred to Other Authorities R
Use of Force by Police: ☐ Firearm (Not fired) FA ☐ Firearm Discharge FD ☐ Chemical Spray CS ☐ Baton/PR24/ASP BN ☐ Blackjack/Slapjack BJ ☐ Physical Restraint PR

Disposition of Arrest: A DI WAS ISSUED VUS 05-5108 AND RELEASED FOR COURT ON OCT. 1, 2006

Case Status: ☐ Open ☐ Closed ☐ Unfounded ☐ Arrest (Prepare Suspect/Arrest Report) ☐ Suspended
If Case Cleared Exceptionally, Check Reason: Clearance Date: ☐ Death of Offender A ☐ Prosecution Declined B ☐ Extradition Declined C ☐ Refused to Cooperate D ☐ Juvenile, No Custody E ☐ Not Cleared Exceptionally N

Reporting Officer (Print) — Badge # — Investigator (Print) — ID # — Supervisor's Name (Print & Initial) — ID #

**NOT FOR PUBLIC DISSEMINATION**

| Suspect/Arrestee Information | Suspect/Arrestee Sequence #: | | ☐ Suspect | ☐ Arrestee |
|---|---|---|---|---|

| Last Name | | First Name | | MI |
|---|---|---|---|---|

| Alias Last Name | | Alias First Name | | Alias MI |
|---|---|---|---|---|

| Street | City | | Co. | State | Zip Code | DOB |
|---|---|---|---|---|---|---|

| Phone | Work Phone or School - E-Mail | Driver's License # | | D/L State | SSN |
|---|---|---|---|---|---|

| Occupation | Place of Employment | Resident in Jurisdiction of Offense? ☐ Resident R  ☐ Non-Resident N  ☐ Unknown U | Place of Birth |
|---|---|---|---|

### Age Of Suspect/Arrestee

| Known Age | Or | Range From: | To: | Or | Over 98 Years Old ☐ | Unknown ☐ |
|---|---|---|---|---|---|---|

| Race: | Sex: | Ethnicity: | Weapons at Arrest (Max. 2. Place 'A' in blank if weapon fully automatic.) |
|---|---|---|---|
| ☐ White W<br>☐ Black B<br>☐ American Indian I<br>☐ Asian A<br>☐ Unknown U | ☐ Male M<br>☐ Female F<br>☐ Unknown U | ☐ Hispanic H<br>☐ Non-Hispanic N<br>☐ Unknown U | ☐ Unarmed 01    ☐ ___ Shotgun 14<br>☐ ___ Firearm 11    ☐ ___ Other Firearm 15<br>☐ ___ Handgun 12    ☐ Lethal Cutting Instrument 16<br>☐ ___ Rifle 13    ☐ Club/Blackjack/Brass 17 |

| Description | Height | Weight | Eyes | Hair | Complex | Scars | Tatoos | Hat | Coat | Shirt | Pants/Skirt | Shoes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Arrest Date | Time | Arrest Location | Arrest Type: ☐ On-View Arrest O<br>☐ Summons/Cited S    ☐ Taken into Custody T | Arrest, Summons, or Warrant Number |
|---|---|---|---|---|

| Charge(s) | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Action | File ID _____ ☐ Felony<br>Disp Code ____ ☐ Misd. | File ID _____ ☐ Felony<br>Disp Code ____ ☐ Misd. | File ID _____ ☐ Felony<br>Disp Code ____ ☐ Misd. | File ID _____ ☐ Felony<br>Disp Code ____ ☐ Misd. | File ID _____ ☐ Felony<br>Disp Code ____ ☐ Misd. |

File ID:    Adult Arrest D    Juvenile Arrest J    Summons/Citation X    Warrant Issued Z    Adult Warning W    Juvenile Warning H

Disposition Codes:    Court C    Lock up L    Forfeit F    Papered B    No Paper P    Guilty G    Not Guilty Z    Nolle Pros N    Otherwise Cleared O

| Multiple Clearance Indicator: | Disposition of Arrestee Under Age 18 | Use of Force by Police (Check if applicable.) |
|---|---|---|
| ☐ N/A N<br>☐ Count Arrestee C<br>☐ Multiple M | ☐ Handled Within Department H<br>☐ Referred to Other Authorities R | ☐ Firearm (Not fired) FA    ☐ Baton/PR24/ASP BN<br>☐ Firearm Discharge FD    ☐ Blackjack/Slapjack BJ<br>☐ Chemical Spray CS    ☐ Physical Restraint PR |

| Disposition of Arrest |
|---|

### Narrative Information (Relative to the Arrest)

A-01   ON 09 01 2006 AT 8:58 AM   AT 4230 FAIRFAX DR.
THE DEFENDANT WAS OBSERVED ENTERING THE BALLSTON
METRO STATION IN A PIGGY BACK MANNER. THE DEFENDANT
WAS GIVE A CITATION THEN RELEASE

Suspect/Arrestee Report    Page ___ 2 __ of __ 2 __