**EXHIBIT**

**B**



# FARE EVASION

Instructors:

## Officer Sesok

## Officer Hunt







WMATA 0043



# CLASS OBJECTIVES

By the end of the course, officers will be able to:

- Define fare evasion per the WMATA Tariff and Local Code

- Identify different ways for a subject to enter/exit the system with out paying the established fare.

- Identify different WMATA fare media and explain their uses and restrictions.

- Explain what the SMAD is and explain the use of the SMAD.

- Discuss several safety concerns associated with stopping a subject.

- Properly conduct a stop on a subject who has failed to pay, and issue the appropriate citation/ summons completed properly.

WMATA 0044

08/23/06   WED 14:50 FAX 202 962 2550                                    ☑ 001

# WHY ENFORCE THIS CRIME

- Prevent loss of revenue to the Authority

- Often a way to locate wanted subjects.

  – Example: December 2004

    • MTPD officers issues 287 Citations for fare evasion, lead to the following arrests:

      – 12 Warrant Service

      – 4 Fugitives

      – 1 Traffic Bench Warrant

# WHAT IS FARE EVASION

## *Fare Evasion:*

- A person who boards a passenger-carrying vehicle or passes through a fare gate without paying the established fare or fails to present a valid transfer or Flash Pass, is subject to arrest or prosecution.

- A person who uses a bus to bus or rail to bus transfer, that was obtained in an invalid manner, is subject to arrest or prosecution.

WMATA 0046

# WHAT IS **NOT** FARE EVASION

- Customers who report to a WMATA Employee that they have lost there fare card or do not have sufficient funds to exit station are NOT GUILTY of fare evasion. Therefore can not be issues a citation or warning notice.

- Per WMATA'S SOP#20

  – Lost fare card: Customers will be instructed to purchase the maximum fare for the fare period there riding in.

  – Insufficient funds to exit: Customers will be advised to proper fare and allowed to exit the station.

WMATA 0047

# WHAT IS <u>*NOT*</u> FARE EVASION

- Special precautions pertaining to correctly distinguishing fare evasion via the ADA gate:

  – Fare gate will not accept or process a second fare card in to its bezel or recognize a Smartrip card until the first person completely passes all (4) sensors on the gate and the gate closes and recycles to process the next patron.

  – The utmost of precaution should be utilized in such an instance to ensure <u>**MALICE (Criminal Intent)**</u> on the subjects part.

WMATA 0048

# METHODS OF FARE EVASION

**Piggy Back:**
-Exit / Enter the station using the same fare gate and walking close behind another subject who paid their fare.

-Exit / Enter the station using the same fare gate in front of another subject who paid their fare. (*Very hard to recognize*)

   This method is used mostly by people using Smartrip card with invalid range

**Jumping The Gate:**
-Exit / Enter the station by jumping over the gate or other railing identifying the paid and non-paid area.

**Emergency Gate:**
-Exit / Enter the station using the emergency gate.

**Invalid Fare Card (Student, Handicap, Disabled):**
-Exit / Enter the station using the fare gate, using one of Metro's discounted fare media, that the subject has no authorization to use.

**Exit Fare:**
-Exit the station using a card in need of exit fare, this is usually done by exiting in a piggyback manner.

WMATA 0049

# WMATA FARE MEDIA



- *Regular fare card*

  -Money placed on this card by the buyer. Cards are coded upon entry with the location, time, mezzanine, gate, and fare time. The fare is then deducted from the card after the computer analyzes this information upon exit.

WMATA 0050

# WMATA FARE MEDIA



- **SMARTRIP**

-User can add up to $300 and can be used on the train, bus, and parking.

-Can be used for discount fare media. (disabled/senior)

-Smartrip chip can also be found in work ID and credit cards.

-These cards can be registered and if lost or stolen can be reported and deactivated.

An officer should be able to identify these cards using the SMADS to detect whether no not this card is restricted.

WMATA 0051

# WMATA FARE MEDIA

- ## SMARTRIP

  - With this fare media it is incumbent upon the officer to be able to differentiate legal vs. illegal misuse of a smartrip card by the use of the SMADS & or be able to articulate the patrons use of a fake or no smartrip to gain entry/exit.

  - Also Officers should be able to recognize and un-intentional piggyback via the ADA gate & standard fare gates vs. and intentional piggyback where the officer can articulate culpability

  - Officer Must read smartrip card on SMADS to determine: amount of money on card and consistency and track record of use.

☑012

# WMATA FARE MEDIA

03135

BUS/RAIL
SMARTSTUDENT
PASS

DEC 2002

4

M SAFETY FIRST!

- ## DCPS STUDENT PASS
  -DCPS students in under
  19 and attend school.
  Good for free ride in DC
  and some outlining
  stations.

- ## STUDENT FARE CARD
  -Reduced fare to travel
  back and forth to school,
  and other school related
  activates. (Green)

WMATA 0053

# WMATA FARE MEDIA




## Disabled / Senior

-This fare media is only available to persons who are handicap, disabled, or a senior citizen.

-When these people us these card that must have either a WMATA ID card or a Medicare card.

•stamped with either handicap/disabled or senior.

-Smartrip card have no different look to them must look at the SMADS.

WMATA 0054

# WMATA FARE MEDIA

## *Disabled / Senior*

- Patrons must possess either valid metro disabled ID or Medicare card, with an accompanying picture ID. Reasonable discretion shall be used by the officer if patron has an obvious disability.

- A person that does not have there ID but states they have one, officer can contact ID officer during business hours to confirm.

- A temp or long term that has expired is null and void. The user is subject to enforcement actions and the ID is to be confiscated. However; a permanent disabled ID that has expired is to be honored and the user should be directed to renew there ID with the ID officer.

- Senior Cards: for use of patrons 65 and older with ID. However; use discretion in patron is near 65 years old.

⊛WMATA 0055

08/23/06 WED 14:54 FAX 202 962 2550 @015

# WMATA FARE MEDIA

## Short Trip/Weekly Pass
## $20.00
-Good only for a short trip, a short trip is any trip that is under $2.00. This card is good for unlimited rides for 7 consecutive days

## Unlimited Weekly $32.50
-Good for 7 consecutive days for unlimited rides and trip cost.

## Day Pass
-Good only after 0930 AM and in the upper left hand corner that date will be printed.

THE FUTURE IS RIDING ON METRO !

One Day Pass:
Weekly Short Trip Pass:
Weekly Fast Pass:

# WHO CAN RIDE FOR FREE

- All former and active WMATA board members and officers with valid ID.

- Police Officers of the local governing bodies in uniform including Maryland and Virginia State Police, U.S. Park Police, and U.S. Capitol Police..

- Children under 5 years old.

- Persons with WMATA V.I.P. Courtesy pass.

- Persons with the Summer Youth Employment Program. Issues (June-August)

WMATA 0057

# WHO CAN RIDE FOR FREE

- Contractor personnel presenting a valid WMATA Contractors ID, when in route to or from METRO related work.

- Firefighters in full uniform and in the performance of their duties in the METRO rail system.

- Elevator and Escalator inspectors of the local jurisdiction on official business in the Metrorail system

# WHO CAN RIDE FOR FREE

- ## SPECIAL EXECPTIONS:

   - Patrons with a valid MetroAcess ID can ride free along with a companion. The MetroAccess ID must have a picture of the user on it to be valid. MetroAccess ID's without a picture are not valid, however enforcement is **DISCOURAGED!** Patrons with a non-picture MetroAccess ID attempting to exit should be allowed to exit and advised to apply for a picture MetroAccess ID. Those attempting to enter should be denied free entry. They should be informed about getting a picture ID and told to get a fare card. Enforcement action is not warranted unless it is determined that the card user is not the subject the card belongs to.

WMATA 0059

08/23/06 WED 14:55 FAX 202 962 2550 ☒019

# THE SMAD'S

- ## System Monitor Acknowledgement Display

WMATA 0060

# OFFICER SAFETY ISSUES

- In a group identify officer safety issues, when making a stop for fare evasion.

WMATA 0061

☐02.

# FARE EVASION QUESTIONS

- ## IS THIS FARE EVASION:

  - A customer approaches you at Gallery Place and states that he is does not have money to pay the exit fare, and he needs $1.00 to exit. Is this fare evasion?

  - NO- Per the WMATA's SOP#20 a customer with insufficient funds to exit **will** be advised of the proper fare and allowed to exit the station.

# FARE EVASION QUESTIONS

- ## IS THIS FARE EVASION:

  - A customer exits the gate at Union Station in a crowed, you observe her fare card does not process and you stop her. During your stop the subject presents to you an all day pass for two days dates. Is this fare evasion?

- NO- The WMATA compact states that a person who passes through a fare gate without paying the ?lished fare or fails to present a valid transfer ash Pass, is subject prosecution.

Case 1:02-cv-01465-PLF   Document 26-6   Filed 09/30/06   Page 23 of 25

08/23/06   WED 14:56 FAX 202 962 2550

# CAN I WRITE A WARNING NOTICE?

- You may only write a warning notice if the subject commits the crime of fare evasion.

  – Defined As:

    • A person who boards a passenger-carrying vehicle or passes through a fare gate without paying the established fare or fails to present a valid transfer or Flash Pass, is subject to prosecution.

    • A person who uses a bus to bus or rail to bus transfer, that was obtained in an invalid manner, is subject to prosecution.



# PRACTICAL SESSION

- ## METRORAIL STATION PRACTICAL

  – Officer need:

  - Maryland Civil Citation
  - Maryland Criminal Citation
  - MTPD Citation
  - Virginia VUS and Suspect/Arrest paperwork.
  - Pen, and Note Book

WMATA 0065

08/23/06   WED 14:56 FAX 202 962 2550                                                                    ☒ 02



WMATA 0066