# EXHIBIT

# 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUGUETTE ULYSSE : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : CASE NO.: 1:19-cv-01465 CJN <br> **METRO TRANSIT POLICE OFFICER** : <br> **DERRICK STOKES,** *et al.* : <br> : <br> **Defendants.** : | |

## DEFENDANTS 26(a)(i) INITIAL DISCLOSURES

Defendants Stokes and Al-Hinawi, by and through undersigned counsel and pursuant to Red.R.Civ.P.26, hereby submits the following initial disclosures in the above-captioned case.

(A) **Individuals Likely to Have Discoverable Information**:

1. Plaintiff

   Plaintiff has personal knowledge of all aspects of her claim and the circumstances surrounding her exist from Fort Totten Metrorail station on May 21, 2018.

2. Officer Derrick Stokes, MTPD

   Officer Stokes has personal knowledge of the facts and circumstances related to Plaintiff's arrest on May 21, 2018.

3. Sergeant Nadim Al-Hinawi

   Sergeant Al-Hinawi has personal knowledge of the facts and circumstances of Plaintiff's actions and her arrest from the time that he arrived at the Fort Totten Metrorail station.

4. Chief Ronald A. Pavlik, MTPD

   Chief Pavlik is aware of the facts and circumstances related to Plaintiff's arrest based

upon MTPD's investigation.

5. Sergeant Matthew Muller, MTPD

    Sergeant Muller conducted an internal investigation related to Plaintiff's arrest and would have knowledge arising out of that investigation.

6. Rana Suliman (address to be provided directly to counsel).

    Ms. Suliman contacted MTPD regarding the arrest of Plaintiff and states she was a witness to the occurrence.

**(B) Description of Documents that Defendant May Use to Support Claims or Defenses. These documents are in the possession of Defendant's counsel, WMATA's Office of General Counsel:**

1. MTPD's OPRI investigation #15-105 by Sergeant Matthew Muller.

**(C) Damages Sought – none.**

(D) **Insurance Policy – none.**

The foregoing initial disclosures are based on information presently and reasonable available to Defendants and undersigned counsel. As discovery is ongoing, to the extent required by the Federal Rules of Civil Procedure, Defendant will supplement the above disclosures as necessary.

        Respectfully submitted,

        /s/ Janice L. Cole
        Janice L. Cole # 443051
        Senior Counsel, II
        Neal M.. Janey, Associate Counsel
        600 Fifth Street, N.W.
        Washington, D.C. 20001
        (202) 962-2543
        jlcole@wmata.com
        202-962-2550 (fax)

Attorney for Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Initial Disclosures of Defendants was electronically served upon Plaintiff's counsel by email on this 30th day of September 2019 to:

Jia M. Cobb, Esquire
Yiyang Wu, Esquire
RELMAN, DANE & COLEFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888 (tel.)
(202) 728-0848 (fax)

/s/ Janice L. Cole
Janice L. Cole