# EXHIBIT

# 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUGUETTE ULYSSE** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CASE NO.: 1:19-cv-01465 CJN |
| **METRO TRANSIT POLICE OFFICER** : | |
| **DERRICK STOKES,** *et al.* : | |
| : | |
| **Defendants.** : | |

### DEFENDANTS' SECOND RULE 26(a)(i) DISCLOSURES

Defendants Stokes and Al-Hinawi, by and through undersigned counsel, and pursuant to Fed.R.Civ.P.26, hereby submits the following Second Rule 26(a)(i) disclosures in the above-captioned case.

(A) **Individuals Likely to Have Discoverable Information**:

1. Plaintiff

    Plaintiff has personal knowledge of all aspects of her claim and the circumstances surrounding her exist from Fort Totten Metrorail station on May 21, 2018.

2. Officer Derrick Stokes, MTPD

    Officer Stokes has personal knowledge of the facts and circumstances related to Plaintiff's arrest on May 21, 2018.

3. Sergeant Nadim Al-Hinawi

    Sergeant Al-Hinawi has personal knowledge of the facts and circumstances of Plaintiff's actions and her arrest from the time that he arrived at the Fort Totten Metrorail station.

4. Chief Ronald A. Pavlik, MTPD

    Chief Pavlik is aware of the facts and circumstances related to Plaintiff's arrest based upon MTPD's investigation. By stipulation of the parties, he will not be called as a witness in this matter, nor offer any affidavits in support of any motion.

5. Sergeant Matthew Muller, MTPD, 600 Fifth St., N.W., Washington, D.C.

   Sergeant Muller conducted an internal investigation related to Plaintiff's arrest and would have knowledge arising out of that investigation, including information he gathered.

6. Rana Suliman (address to be provided directly to counsel).

   Ms. Suliman contacted MTPD regarding the arrest of Plaintiff and states she was a witness to the occurrence.

7. John Kelso, custodian of records of records of WMATA SmarTrip card information, 600 Fifth St., N.W. Washington, D.C. 20001, regarding information associated with the SmarTrip card identified as Plaintiff's SmarTrip card.

8. Kevin Gaddis, in his personal capacity, regarding what his knowledge of Plaintiff's arrest at the time it occurred and, as a 30(b)(6) witness on behalf of WMATA in the areas designated in his deposition; 600 Fifth St., N.W., Washington, D.C. 20001.

9. Courtney Alexander (713-291-3117); regarding cell phone video she took during Plaintiff's arrest.

10. William Wu, 600 Fifth St., N.W., Washington, D.C.; information regarding data in WMATA's NextFare system associated with Plaintiff's SmarTrip card, and how that data was translated into a report for WMATA's custodian of SmarTrip records.

11. Any witness named or identified by Plaintiff in discovery as having information pertaining to the events of Plaintiff's arrest;

12. Custodian of records for WMATA's station videos regarding the videos' authenticity,

dates and times; 600 Fifth St., N.W., Washington, D.C. 2001.

13. Custodian of Records for MPD Property, Fourth District, regarding procedures for accepting and documenting property in 2018.

14. MPD Property Clerk White, 4th District, regarding documentation of Plaintiff's property and receipts.

**(B) Description of Documents that Defendant May Use to Support Claims or Defenses. These documents are in the possession of Defendant's counsel, WMATA's Office of General Counsel:**

1. MTPD's OPRI investigation #15-105 by Sergeant Matthew Muller and all documents therein, including all videos.

2. Video and documents produced by Plaintiff during discovery;

3. Plaintiff's SmarTrip history produced by John Kelso;

4. All documents produced by Defendants in discovery.

**(C) Damages Sought – none.**

(D) **Insurance Policy – none.**

The foregoing initial disclosures are based on information presently and reasonable available to Defendants and undersigned counsel. As discovery is ongoing, to the extent required by the Federal Rules of Civil Procedure, Defendant will supplement the above disclosures as necessary.

                              Respectfully submitted,

                              <u>/s/ Janice L. Cole</u>
                              Janice L. Cole # 443051
                              Senior Counsel, II
                              Neal M.. Janey, Associate Counsel
                              600 Fifth Street, N.W.

Washington, D.C. 20001  
(202) 962-2543  
jlcole@wmata.com  
202-962-2550 (fax)  
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Second Rule 26(a)(1) was electronically served upon Plaintiff's counsel by email on this 23rd day of November 2020 to:

Jia M. Cobb, Esquire  
Yiyang Wu, Esquire  
RELMAN, DANE & COLEFAX PLLC  
1225 19th Street NW, Suite 600  
Washington, DC 20036  
(202) 728-1888 (tel.)  
(202) 728-0848 (fax)

/s/ Janice L. Cole  
Janice L. Cole