CONFIDENTIAL

# TARIFF

---

The Washington Metropolitan Area Transit Authority Tariff

on

**METRO FARES**

Tariff Number 38

Effective February 5, 2018

---

**WMATA 0145**

CONFIDENTIAL

# TABLE OF CONTENTS

I.     **OVERVIEW** ........................................................................................................ 5

    1.   Application of the Tariff ................................................................................. 5

    2.   Emergency Fare Reductions ......................................................................... 5

II.    **METRORAIL** .................................................................................................. 6

    1.   Calculation of Metrorail Fares ..................................................................... 6

    2.   Peak and Off-Peak Fares .............................................................................. 6

    3.   Rush Hour Promise ....................................................................................... 6

    4.   Metrorail Grace Period ................................................................................. 7

    5.   Metrorail Fare Structure ............................................................................... 7

    6.   Metrorail Fare Products ................................................................................ 7

III.    **METRORAIL PARKING FACILITIES** ........................................................ 9

    1.   Paid Parking ................................................................................................. 9

    2.   Metered Parking ........................................................................................... 9

    3.   Monthly Reserved ........................................................................................ 9

    4.   Multi-Day Parking ....................................................................................... 9

    5.   Parking Violations ...................................................................................... 10

    6.   Non-Metrorail User Parking ...................................................................... 10

    7.   Special Event Parking ................................................................................. 10

    8.   Parking Rates at Metrorail Park and Ride Facilities .................................. 10

        District of Columbia: ................................................................................... 10

        Montgomery County MD: ............................................................................ 11

        Prince George's County MD: ...................................................................... 11

        Virginia: ...................................................................................................... 12

IV.    **METRO BICYCLE PARKING** ................................................................... 13

    1.   Bicycle Racks ............................................................................................. 13

    2.   Bicycle Lockers .......................................................................................... 13

    3.   Bicycle Locker Rates .................................................................................. 13

    4.   Bike & Ride Facilities ................................................................................. 13

V.    **METROBUS** ................................................................................................. 14

    1.   Metrobus Boarding Fees ............................................................................ 14

    2.   Metrobus Fare Products .............................................................................. 14

**WMATA 0146**

VI.    TRANSFERS .................................................................................................. 16
    1.    Transfer Period for Linked Trips ......................................................... 16
    2.    SmarTrip® Card Required for Transfer Discount ................................ 16
    3.    Bus-to-Bus Transfer Discount Rates ................................................... 16
    4.    Rail-to-Bus and Bus-to-Rail Transfers ............................................... 18
VII.   SPECIAL FARES ............................................................................................ 19
    1.    Policy for Major Fare and Service Changes ........................................ 19
    2.    Promotional & Demonstration Fares ................................................... 19
        2.1    Paratransit Service .................................................................. 19
        2.2.   Montgomery County Free Rides for Seniors and Persons with Disabilities ......20
        2.3.   Montgomery County "Kids Ride Free" Program ................................. 20
        2.4.   University Pass Program ........................................................... 20
        2.5.   Children Under Age 5 .............................................................. 20
        2.6.   Police Officers ....................................................................... 20
        2.7.   WMATA Members ................................................................... 21
   2.8   Mark Center Employees and Visitors ..................................................... 21
   2.9   U.S. Coast Guard Employees and Visitors ............................................. 21
   2.10  Department of Defense Employees and Visitors ................................... 21
VIII.  SALE OF METRO FARE PRODUCTS ......................................................... 22
    1.    Retail Outlets ...................................................................................... 22
    2.    SmarTrip® Cards ................................................................................ 22
    3.    Senior SmarTrip® Cards ..................................................................... 22
    4.    Metrorail and Metrobus Passes ........................................................... 22
    5.    Metrobus Tokens ................................................................................. 22
IX.    BULK SALE OF METRO FARE PRODUCTS ............................................. 23
    1.    Fare Products Available for Bulk Purchase ......................................... 23
    2.    Bulk Purchase Process ........................................................................ 23
    3.    Bulk Purchases of Metrobus Tokens ................................................... 23
X.     METRO SERVICE THROUGH OTHER TRANSIT FARE PRODUCTS ............. 24
    1.    DC One Card – Full Fare .................................................................... 24
    2.    DC One Card – Kids Ride Free on Bus/Rail Pass ............................... 24
    3.    DC One Card – Kids Ride Free on Bus Pass ....................................... 24
    4.    DC One Card – Student Monthly Pass ................................................ 24
    4.    Transit Link Cards .............................................................................. 24
    5.    MTA CharmCard® .............................................................................. 25
    6.    SmartBenefits® ................................................................................... 25

WMATA 0147

CONFIDENTIAL

**XI.    METRO FARE EVASION** ......................................................................................... 26

    1.    Fare Evasion ........................................................................................... 26

    2.    Confiscation of Fare Products ................................................................ 26

**XII.    REFUNDS & TRANSFERS OF FARE PRODUCTS** ............................................... 27

    1.    Fare Product Refunds (excluding SmartBenefits®) ...............................27

    2.    Refunds of SmartBenefits® ...................................................................27

    3.    Refund of Bulk Purchase Orders ........................................................... 27

    4.    Exchange of Metrobus Tokens .............................................................. 27

    5.    Malfunctioning SmarTrip® Dispensers ................................................. 28

    6.    Lost or Damaged Fare Products ............................................................ 28

    7.    Special Extenuating Circumstances ...................................................... 28

**XIII.    REFERENCES** ............................................................................................................ 29

WMATA 0148

CONFIDENTIAL

# I.                                    OVERVIEW

## 1.  Application of the Tariff

The fares stated herein are applicable to the transportation of passengers on the Metrorail and Metrobus systems of the Washington Metropolitan Area Transit Authority from one point to another within the Washington Metropolitan Area Transit Zone which generally covers territories within the District of Columbia, the cities of Alexandria, Falls Church, Fairfax, Manassas, and Manassas Park and the counties of Arlington, Fairfax, Loudoun, and part of Prince William, and the political subdivisions of the Commonwealth of Virginia located within those counties, and the counties of Montgomery, Prince George's, and parts of Charles and Anne Arundel and political subdivisions of the State of Maryland located in said counties. For information regarding paratransit service, including fares for paratransit service, in the above locations, please refer to the Customer Guide to MetroAccess available online at wmata.com.

The GM/CEO is subject to the policy direction of the Board of Directors.[1] The GM/CEO, or his designee, is authorized to adopt rules and regulations for the safe, convenient and orderly use of the transit facilities owned, controlled or operated by the Metro, including the payment and the manner of the payment of fares or charges therefor, the protection of the transit facilities, the control of traffic and parking upon the transit facilities, and the safety and protection of the riding public[2].

## 2.  Emergency Fare Reductions

The GM/CEO, or his designee, is authorized to reduce or waive any otherwise applicable fare or fee when faced with emergency conditions, for a period not to exceed 48 hours[3]. The GM/CEO will notify the Board of Directors of any such decision as soon as practicable after the event. No other agent or employee shall have the authority to change or deviate from the fare or charges contained herein.

WMATA 0149

CONFIDENTIAL

## II.                                    METRORAIL

### 1.  Calculation of Metrorail Fares

Metrorail fares are calculated based on (1) the time of day and day of the week that the trip is taken (categorized as either peak or off-peak) and (2) the distance traveled between the origin and destination stations. The distance component of the fare calculation is based on a "composite mile," which is calculated as the average of (a) the distance traveled along the rail system between the passenger's origin and destination stations and (b) the distance traveled in a straight line or "as the crow flies" between the two stations. All Metrorail fares except Senior & Disabled fares are rounded to the nearest $0.05, while Senior & Disabled fares are rounded down to the next lowest $0.05.

### 2.  Peak and Off-Peak Fares

Metrorail service is generally in operation on Monday through Thursday from 5:00 a.m. to 11:30[4] p.m.; Friday from 5:00 a.m. to 1:00 a.m.; Saturday from 7:00 a.m. to 1:00 a.m. and Sunday from 8:00 a.m. to 11:00 p.m.  Due to the nature of the service provided, first-train and last-train times maybe be later than these posted times as the train continues through the stations on a specific line. Station-specific timing information is provided at each station.  General operation hours are subject to change and service availability may be altered during periods of preventative maintenance.

In 1988, the WMATA Board authorized an additional rate of charge to be applied during weekday commuter rush hours (i.e., during "peak" periods), beginning when the transit system opens for business. Peak fares are in effect from opening (approximately 5:00 a.m.) through 9:30 a.m. and from 3:00 p.m. to 7:00 p.m. on weekdays, except for federal holidays. Peak fares for presidential inauguration day are in effect from opening (approximately 5:00 a.m.) through 9:30 a.m. and from 3:00 p.m. to 9:00 p.m.[5] Off-peak fares are in effect during all other hours on weekdays, all day on Saturdays and Sundays, and on all federal holidays[6]. The off-peak fare structure is designed to be a 25% discount off the peak fares. The applicability of peak or off-peak fare is determined by the fare gate's internal clock at the time of entry to the Metrorail System.

### 3.  Rush Hour Promise

When peak fares are in effect, a credit of fare will be provided to passengers with registered SmarTrip® cards for trip delays of 15 minutes or more as calculated by the MyTripTime online tool.[7] Credits for such delays on Metrorail are automatically processed. Passengers must complete an online form for Metrobus delays. Fare credits will be provided in the same fare category as the fare paid for the delayed trip with either a credit to SmartBenefits® or stored value as paid. Delayed trips purchased by a Metrorail pass product will receive a credit of $3.00. Delayed trips purchased by a Metrobus pass product will receive a credit of $1.00. It may take up to five (5) days to receive a Rush Hour Promise credit on a passenger's registered SmarTrip® card. Effective January 26, 2018 through December 28, 2018, passengers may receive up to four (4) credits per month on a registered SmarTrip® card charged fare on a trip that was delayed. For more information, go to www.wmata.com/rush-hour-promise.

**WMATA 0150**

CONFIDENTIAL

### 4. Metrorail Grace Period

For any exit occurring within 15 minutes after entrance and at the same station, any fare paid upon such exit will be refunded back to the card in the same manner as charged[8].

### 5. Metrorail Fare Structure

Unless a passenger is under age five or the passenger holds valid fare products for a special rate of fare, the following rates of fare shall apply to Metrorail service[9]:

| Metrorail Fare Structure (Effective July 1, 2017) | Regular Fares | | All Senior & Disabled Fares are ½ Peak Fare |
|---|---|---|---|
| | Peak | Off-Peak | |
| First 3 composite miles | $2.25 | $2.00 | $1.10-$3.00 |
| Each additional composite mile more than 3 and less than or equal to 6 | $0.326 | $0.244 | |
| Each additional composite mile greater than 6 | $0.288 | $0.216 | |
| Maximum peak fare (Exclusive of Surcharge and Differentials) | $6.00 | $3.85 | $3.00 |

### 6. Metrorail Fare Products

Only a SmarTrip® Card or an emergency trip ticket are accepted as rail payment.  Unless you have a valid pass, passengers must have a minimum of $1.50 in value on their SmarTrip® card to enter the Metrorail system.  Senior and disabled patrons must have a minimum of $0.60 in value on their full-fare SmarTrip® card to enter the Metrorail system. Passengers may not exit the Metrorail system with a negative balance on their SmarTrip® cards.  Such passengers must add value to their fare products using the exit fare machines before exit will be permitted through the fare gates.

Emergency trip tickets can be acquired only from the onsite Station Manager.  Emergency trip tickets are provided at no cost to the passenger when there is a failure of the WMATA fare system at no fault of the passenger. The emergency trip ticket is valid for one ride only and should be surrendered to a station manager at the end of the trip.

All passes are good for consecutive days only or for the month issued.  Metrorail-only passes are gate activated and begin on the first day used in the transit system. Metrorail fare products can be purchased online, at Metrorail stations, at the Metro Sales Office located at Metro Center Station near the 12th and F Street exit in Washington, DC effective February 26, 2018 and at various other locations. The WMATA Office of Marketing will maintain a list of sales outlets and will advertise the locations. For additional information log onto wmata.com or call 202-637-7000.

WMATA 0151

CONFIDENTIAL

The following chart provides a list of fare products accepted on Metrorail:

| Passes | Cost to Rider |
|---|---|
| 1-Day Unlimited Combo Rail & Bus | $14.75 |
| 7-Day Short Trip Rail | $38.50 |
| 7-Day Fast Pass Rail | $60.00 |
| SelectPass® Rail[1] | Varies |
| 30-Day DC One Card (Metrobus with discounted monthly Metrorail service added)[2] | $30.00 |
| DC One Card Kids-Ride-Free (Rail and Bus trips within DC only) [3] | $0.00 |
| DC One Card – Full Fare | Varies |
| U·Pass (University Student Program) | Varies |
| **Other Fare Products** | |
| Monthly TransitLink on MARC and VRE[4] | $114.00 |
| Monthly TransitLink on MTA[4] | $176.00 |

---

[1] The monthly SelectPass® is available at multiple prices calculated at 36 times the corresponding fare. The pass holder may take an unlimited number of trips at that fare or lower.  For the completion of any trip with a higher corresponding fare, the difference in fare must be paid. The SelectPass® Rail can be upgraded with unlimited Metrobus at a discounted price of $54 per month.

[2] Unlimited Metrobus travel for private and parochial school students under 21 years old who live and attend school in the District of Columbia. DC private and parochial school students can purchase additional student transit products at a discount and such Passes are accepted for travel within DC only on regular service routes and is not valid toward express services.

[3] Unlimited Metrobus and Metrorail travel for public and charter school students under 21 years old who live and attend school in the District of Columbia. Cost is subsidized by the District of Columbia and is not valid on express service routes.

[4] This price reflects WMATA's portion of the total price of the pass which is priced by regional transit providers. Patron's cost to purchase may vary.

WMATA 0152

CONFIDENTIAL

## III.                    METRORAIL PARKING FACILITIES

### 1. Paid Parking

Metro Park & Ride facilities (non-metered) charge a daily fee to park Monday through Friday. A daily fee for Saturday parking is in effect from February 5, 2018 – July 31, 2018[10]. Parking at non-metered facilities on Sundays and federal holidays is free of charge[11]. All non-metered parking facilities require the use of a SmarTrip® card or credit card for payment of parking fees upon exit of the facility. Cash is not accepted for payment upon exit. Parking fees are in effect as follows:

|  |  |  |  |
|---|---|---|---|
| Monday-Thursday | 7:30 a.m. | -- | 12:30 a.m. |
| Friday | 7:30 a.m. | -- | 2:00 a.m. |
| Saturday | 10:00 a.m. | -- | 2:00 a.m. |

### 2. Metered Parking

The rate for metered parking at Metrorail stations is $0.25 per 15 minute increment or $1.00 for 60 minutes of parking. Meters accept quarters or dollar coins only. Change machines are not available at any Metro station or parking facility.

### 3. Monthly Reserved

Monthly reserved parking is available for a limited number of spaces at Metro-operated facilities at a cost of $45.00-$65.00/month depending on the location. The monthly premium, paid in advance, provides a guaranteed parking space from 2:00 a.m. until 10:00 a.m., Monday through Friday. The posted daily rate for parking is additional and must be paid upon exit.

To apply for a new reserved parking permit, visit wmata.com and identify the rail station of your choice to set up a reserved parking account. All reserved parking customers must have a credit card on file to participate in the program.

### 4. Multi-Day Parking

Multi-day parking (i.e. overnight or long-term parking) is available at four stations: Greenbelt, Huntington, Franconia-Springfield, and Wiehle-Reston East. Multi-day parking spaces are available at these locations for up to 10 consecutive days. Availability is on a first-come, first-served basis in spaces marked with signs that read "multi-day parking." There is no additional charge for multi-day parking beyond the regular daily fee applied to the length of the stay.

WMATA 0153

CONFIDENTIAL

**5.  Parking Violations**

Violation of any Metro parking sign, traffic sign, and/or regulation shall subject the offender to ticketing, prosecution, and/or towing, in accordance with the laws and/or ordinances of the jurisdiction within which the violation occurred. Violations may be charged by Metro Transit Police or by the authorized representatives of the jurisdiction where the parking facility is located.

**6.  Non-Metrorail User Parking**

A non-Metrorail user parking fee[12] ranging from $8.70 up to $25.00[13] per day is charged Monday through Saturday to persons parking in Metrorail station park-and-ride facilities who do not ride the Metrorail system. Implementation of the Non-Metrorail User fee is determined on a station-by-station basis[14].  See the following Metrorail Park & Ride Facility table for rates in effect at a specific parking facility.

**7.  Special Event Parking**

An additional fee may be assessed up to $25.00 for special event parking[15].  Special event parking rates are charged only to Non-Metrorail users upon exit from the parking facility during the time period up to three hours before a scheduled special event and up to two hours after the conclusion of the special event.

**8.  Parking Rates at Metrorail Park and Ride Facilities**

In addition to the WMATA-Board approved base parking rate, WMATA collects parking surcharges on behalf of certain local jurisdictions[16]. The following chart reflects the daily parking rates, effective as of January 26, 2018, and inclusive of applicable jurisdictional surcharges. Parking rates may change based on jurisdictional agreements with the local or state government in which the parking facility is located.

| Metrorail Park & Ride Facility | Daily Rate | Non-Metrorail User Rates |
|---|---|---|
| **District of Columbia**: | | |
| Rhode Island Avenue - Brentwood | $4.95 | $10.00 |
| Fort Totten | $4.70 | |
| Minnesota Avenue | $4.95 | $8.95 |
| Deanwood | $4.70 | |
| Anacostia | $4.45 | |

WMATA 0154

**Parking Rates at Metrorail Park and Ride Facilities continued:**

| Montgomery County MD: | | |
|---|---|---|
| Shady Grove | $5.20 | |
| Rockville | $5.20 | $8.95 |
| Twinbrook | $5.20 | $8.70 |
| White Flint | $5.20 | $8.70 |
| Grosvenor-Strathmore | $5.20 | |
| Wheaton | $4.45 | |
| Forest Glen | $5.20 | |
| Glenmont | $5.20 | |
| Prince George's County MD: | | |
| New Carrollton | $5.20 | $8.85 |
| Landover | $3.00 | |
| Cheverly | $5.20 | |
| Largo Town Center[17] | $5.20 | $8.95 - $15.00[5] |
| Morgan Boulevard[4] | $5.20 | $15.00[5] |
| Addison Rd.-Seat Pleasant | $4.70 | |
| Capitol Heights | $5.20 | |
| West Hyattsville | $5.20 | |
| Prince George's Plaza | $4.70 | |
| College Park- U of MD | $5.20 | $15.00[6] |
| Greenbelt | $5.20 | $8.95 |
| Branch Avenue | $5.20 | $8.95 |
| Suitland | $5.20 | $8.95 |
| Naylor Road | $5.20 | |
| Southern Avenue | $5.20 | |

[5] Special event parking rate on Redskins game days beginning three hours before kickoff and ending two hours after the game.
[6] Special event parking rate on Terrapins game days.

11

**WMATA 0155**

CONFIDENTIAL

**Parking Rates at Metrorail Park and Ride Facilities continued:**

| Virginia: | | |
|---|---|---|
| Vienna/Fairfax-GMU | $4.95 | |
| Dunn Loring-Merrifield | $4.95 | $8.95 |
| West Falls Church-VT/UVA | $3.00 | |
| East Falls Church | $4.95 | |
| Huntington | $4.95 | $8.95 |
| Van Dorn St. | $4.95 | |
| Franconia-Springfield | $4.95 | |
| Wiehle Reston East | $4.95 | |

WMATA 0156

CONFIDENTIAL

## IV.                    METRO BICYCLE PARKING

**1.  Bicycle Racks**

Metro operates approximately 2,400 bicycle racks, and is replacing older racks with new inverted-U racks that are available for bicycle parking at no charge at Metrorail parking facilities. Bicycles that are locked to other objects around Metro stations shall be removed without notification.

**2.  Bicycle Lockers**

Metro operates approximately 1,300 bicycle lockers at Metrorail parking facilities that safeguard bicycles from theft, vandalism, and inclement weather. The lockers are designed to hold one bicycle each as well as bicycle gear. Each locker has a unique lock and key. The space inside is approximately: 4 feet high by 6 feet 5 inches deep by 3 feet wide at the door and narrows toward the back of the locker. Most standard bicycles will fit inside. Longer bicycles such as tandem bikes and recumbent bikes may not fit into the lockers, however, there is limited availability of special sized lockers.

**3.  Bicycle Locker Rates**

All bicycle locker rental cost $120 per year, and are subject to availability. Payments are accepted by credit cards, checks, and money orders.

**4.  Bike & Ride Facilities**

Bike and Ride facilities provide secured, shared bicycle storage rooms with numerous bicycle racks for free bicycle parking and storage.  The Bike and Ride facilities are located on ground levels at Metrorail stations or on the first level of parking garages. A SmarTrip card must be registered online at wmata.com to use Metro Bike & Ride facilities. Registration provides access to all Metro Bike & Ride facilities after the receipt of an email confirmation which generally takes 24-48 hours. After receiving confirmation, simply tap the SmarTrip® card to enter any Metro Bike & Ride facility. Currently, facilities are located at College Park, Vienna and Falls Church Metrorail stations with construction planned at more stations.

Patrons also are encouraged to register bicycles with Metro Transit Police (MTPD) and to use a bike lock to further secure bicycles parked in Bike & Ride Facilities.  MTPD can assist in the identification and recovery of lost or stolen bicycles that have been registered.  Free and easy registration can be completed online at wmata.com

WMATA 0157

CONFIDENTIAL

## V.                                      METROBUS

### 1. Metrobus Boarding Fees

Metrobus fares are valid for single trip service upon boarding. Eligible seniors and disabled patrons can ride Metrobus at half the regular fare, rounded down to the nearest $.05 listed as follows:

| Metrobus Service | Regular Fare | Senior/Disabled Fare |
|---|---|---|
| Regular Metrobus Service | $2.00 | $1.00 |
| Metrobus Express Service (Designated routes only)<br>• Maryland: J7, J9, P17, P19, W13, W19<br>• Virginia: 11Y, 17A, 17B, 17G, 17H, 17K, 17L 17M, 18E, 18G, 18H, 18P, 29E, 29G, 29H, 29X | $4.25 | $2.10 |
| Airport Shuttle Service (Designated airport routes only)<br>• Maryland: B30<br>• Virginia: 5A | $7.50 | $3.75 |

### 2. Metrobus Fare Products

Passengers five years of age and older must provide or purchase valid fare products before riding Metrobus. Passengers may pay for a single trip with cash or a Metro token, or may use a SmarTrip® card to pay with stored value. Passengers may not board the Metrobus with a negative balance on their SmarTrip® cards.  Such passengers may pay with cash or add value onto their SmarTrip® cards by entering cash into the fare machine.

| Metrobus Fare Products | Regular Fare | Senior/Disabled Fare |
|---|---|---|
| 7-Day Regional Bus Pass[7] | $17.50 | $8.75 |
| Monthly Unlimited Bus Add-on to SelectPass® Rail | $54.00 | N/A |

---

[7] Valid for unlimited travel on regular Metrobus service during a consecutive seven day period, activated on first use and valid for regular bus fare value upon transfer to express service bus routes.

WMATA 0158

CONFIDENTIAL

Other fare products are also accepted upon boarding Metrobus as follows:

| Other Fare Products/Passes | Regular Pass Rate | Senior/Disabled Pass Rate |
|---|---|---|
| 30-Day DC One SmartStudent (Rail & Bus trips within DC only)[8] | $30.00 | N/A |
| Metrobus Tokens 10 pack (bulk sales to organizations only) | $20.00 | N/A |
| DC One Card "Kids-Ride-Free" (Rail and Bus trips within DC only) [9] | $0.00 | N/A |
| DC One Card – Full Fare | Varies | ½ Regular Fare |
| DC Student Tokens 10 pack (bulk sales to DC government only) | $10.00 | N/A |
| MARC Issued Weekly/Monthly Pass[10] VRE Issued Weekly/Monthly Pass | Varies | N/A |
| Monthly TransitLink® Card on MARC and VRE[10] | $114.00 | N/A |
| Monthly TransitLink® Card on MTA[10] | $176.00 | N/A |
| UPass (University student unlimited bus & rail) | Varies | N/A |

---

[8] Unlimited travel for students under 21 years old who live and attend school in the District of Columbia. Passes accepted as payment for travel within DC only on regular service routes and is not valid toward express services.
[9] Unlimited travel for public school students under 21 years old who live and attend school in the District of Columbia. Cost is subsidized by the District of Columbia and is not valid on express service routes.
[10] This price reflects WMATA's portion of the total price of the card which is priced by regional transit providers.

WMATA 0159

CONFIDENTIAL

# VI.                              TRANSFERS

### 1.  Transfer Period for Linked Trips

Passengers transferring among different modes of services within the Metro system, and between Metro and other bus operators in the region, may be eligible for a transfer discount. The valid transfer period is 120 minutes, beginning at the time of initial boarding[18]. During the transfer period, the SmarTrip® system will look first for a bus transfer. Therefore a bus-to-rail-to-bus trip will be calculated using the bus fare transfer discount, except when passenger is using a Pass, including but not limited to the 7-Day Unlimited Bus or the 7-Day Unlimited Rail passes. There is no fare charged when transferring between different lines of the Metrorail system.

### 2.  SmarTrip® Card Required for Transfer Discount

To receive a bus-to-rail or rail-to-bus transfer discount, or to transfer free of charge from bus-to-bus, passengers must use a SmarTrip® card. With a SmarTrip® card, transfer rates also apply to transfers to an upgraded or premium bus service from a lower cost service. Passengers with the 7-day Regional Bus and the 7-day Regional Senior and Disabled Bus passes do not pay transfer fees.

### 3.  Bus-to-Bus Transfer Discount Rates

The transfer rate for bus-to-bus transfers is calculated by subtracting the base fare of the originating bus service from the value of the fare for the bus service to which the rider transfers. These transfer rates are summarized in the chart below. A rate of $0.00 indicates a free bus-to-bus transfer.

**Full Fare Transfers Rates:**

| Transfer Originates From Metrobus | Base Fare | Metrobus Regular Route | Metrobus Express Service | Metrobus Airport Shuttle |
|---|---|---|---|---|
| Metrobus Regular Routes | $2.00 | $0.00 | $2.25 | $5.50 |
| Metrobus Express Service | $4.25 | $0.00 | $0.00 | $3.25 |
| Metrobus Airport Shuttle | $7.50 | $0.00 | $0.00 | $0.00 |
| Transfer Originates from a Regional Bus | Regional Base Fare | Metrobus Regular Route | Metrobus Express Service | Metrobus Airport Shuttle |
| TAGS (Transportation Authority of Greater Springfield) | $0.50 | $2.00 | $4.25 | $7.50 |
| ART (Arlington Transit) | $2.00 | $0.00 | $2.25 | $5.75 |
| CUE (Fairfax City-University Energysaver)[19] | $1.75 | $0.25 | $2.50 | $5.25 |
| DASH (Driving Alexandria Safely Home) | $1.60 | $0.40 | $2.65 | $5.90 |
| D.C. Circulator | $1.00 | $1.00 | $3.25 | $6.50 |
| Fairfax Connector (Local) | $2.00 | $0.00 | $2.25 | $5.50 |
| Fairfax Connector (Tyson's Shuttle) | $0.50 | $1.50 | $3.75 | $7.00 |
| Fairfax Connector (Express 2) | $4.25 | $0.00 | $0.00 | $3.25 |
| Fairfax Connector (Express 1) | $7.50 | $0.00 | $0.00 | $0.00 |

16

WMATA 0160

CONFIDENTIAL

**Continuation of Full Fare Transfer Rates:**

| Transfer Originates from a Regional Bus | Regional Base Fare | Metrobus Regular Route | Metrobus Express Service | Metrobus Airport Shuttle |
|---|---|---|---|---|
| Fairfax Connector (Reserve) | $1.00 | $1.00 | $3.25 | $6.50 |
| Fairfax Connector (Wolf Trap Express) | $5.00 | $0.00 | $0.00 | $2.50 |
| Loudoun Commuter Bus | N/A | N/A | N/A | N/A |
| PRTC OmniRide | $6.90 | $0.00 | $0.00 | $0.60 |
| PRTC Metro Direct | $3.45 | $0.00 | $0.80 | $4.05 |
| PRTC Local Service | N/A | N/A | N/A | N/A |
| Ride On (Montgomery County, MD) | $2.00 | $0.00 | $2.25 | $5.50 |
| Ride On Express (Montgomery County, MD) | $4.25 | $0.00 | $0.00 | $3.25 |
| The Bus (Prince George's County, MD) | $1.25 | $0.75 | $3.00 | $6.25 |

**Senior/Disabled Transfer Rates:**

| Transfer Originates From Metrobus | Base Fare | Metrobus Regular Route **$1.00** | Metrobus Express Service **$2.10** | Metrobus Airport Shuttle $3.75 |
|---|---|---|---|---|
| Metrobus Regular Routes | $1.00 | $0.00 | $1.10 | $2.75 |
| Metrobus Express Service | $2.10 | $0.00 | $0.00 | $1.65 |
| Metrobus Airport Shuttle | $3.75 | $0.00 | $0.00 | $0.00 |
| Transfer Originates from a Regional Bus | Regional Base Fare | Metrobus Regular Route **$1.00** | Metrobus Express Service $2.10 | Metrobus Airport Shuttle $3.75 |
| TAGS (Transportation Authority of Greater Springfield) | $0.50 | $0.50 | $1.60 | $3.25 |
| ART (Arlington Transit) | $1.00 | $0.00 | $1.10 | $2.75 |
| CUE (Fairfax City-University Energysaver) | $0.85 | $0.15 | $1.25 | $2.90 |
| DASH (Driving Alexandria Safely Home) | $1.60 | $0.00 | $0.50 | $2.15 |
| D.C. Circulator | $0.50 | $0.50 | $1.60 | $3.25 |
| Fairfax Connector (Local) | $1.00 | $0.00 | $1.10 | $2.75 |
| Fairfax Connector (Tyson's Shuttle) | $0.50 | $0.50 | $1.60 | $3.25 |
| Fairfax Connector (Express 2) | $2.10 | $0.00 | $0.00 | $1.65 |
| Fairfax Connector (Express 1) | $3.75 | $0.00 | $0.00 | $0.00 |
| Fairfax Connector (Reserve) | $0.50 | $0.50 | $1.60 | $3.25 |

WMATA 0161

CONFIDENTIAL

**Continuation of Senior/Disabled Transfer Rates:**

| Transfer Originates from a Regional Bus | Regional Base Fare | Metrobus Regular Route **$1.00** | Metrobus Express Service $2.10 | Metrobus Airport Shuttle $3.75 |
|---|---|---|---|---|
| Fairfax Connector (Wolf Trap Express) | $5.00 | $0.00 | $0.00 | $0.00 |
| Loudoun Commuter Bus | N/A | N/A | N/A | N/A |
| PRTC OmniRide | $4.60 | $0.00 | $0.00 | $0.00 |
| PRTC OmniRide (Peak) | $6.90 | $0.00 | $0.00 | $0.00 |
| PRTC Metro Direct | $2.10 | $0.00 | $0.00 | $1.65 |
| PRTC Metro Direct (Peak) | $3.45 | $0.00 | $0.00 | $0.30 |
| PRTC Local Service | N/A | N/A | N/A | N/A |
| Ride On (Montgomery County, MD) | $1.00 | $0.00 | $1.10 | $2.75 |
| Ride On (Montgomery County, MD) – Seniors Free in Montgomery County | $0.00 | $0.00 | $0.00 | $0.00 |
| Ride On Express (Montgomery County, MD) | $2.10 | $0.00 | $0.00 | $1.65 |
| Ride On Express (Montgomery County, MD) – Seniors Free in Montgomery County | $0.00 | $0.00 | $0.00 | $0.00 |
| The Bus (Prince George's County, MD) | $0.00 | N/A | N/A | N/A |

## 4.  Rail-to-Bus and Bus-to-Rail Transfers

The 120 minute transfer period begins when a trip starts on either bus or rail when a SmarTrip® Card is used and a $0.50 discount is applied to transfers made between bus and rail[20]. The bus fare will be calculated by subtracting $0.50 from the value of the fare for the service to which the rider transfers, unless free transfers are included in the fare products presented. After the expiration of the 120 minute transfer period, full fare is incurred and a new transfer period begins. Please see the chart below.

| **Rail-to-Bus Transfer Category** | **Rail to Bus Transfer Discount** | **Metrobus Regular Routes** | **Metrobus Express Service** | **Metrobus Airport Shuttle** |
|---|---|---|---|---|
| General Peak and Off-Peak Transfers | $0.50 | $1.50 | $3.75 | $7.00 |
| Seniors and Disabled Riders | $0.50 | $0.50 | $1.60 | $3.25 |
| Transfers to DC Bus Routes: 94, A2, A4, A6, A7, A8, W1, W2, W3, W5, W6 and W8 | $1.00 | $1.00 | N/A | N/A |
| U·Pass (University Student Unlimited Bus & Rail) | Free Transfer | Free Transfer | Free Transfer | Free Transfer |

18

WMATA 0162

CONFIDENTIAL

## VII.                                    SPECIAL FARES

### 1.  Policy for Major Fare and Service Changes

In compliance with Title VI civil rights requirements, Metro has developed written procedures to evaluate, prior to implementation, Metro's major service changes as well as all fare changes to determine whether such proposed changes will have an adversely discriminatory impact based on race, color, or national origin of transit riders.  Metro procedures ensure that the impacts of service and fare changes are distributed equitably to minority and low-income populations and are not discriminatory.  Metro also seeks to ensure that minority, low-income, and limited English proficient communities have an equal opportunity to participate in the public input that precedes a decision to change service and fares.

### 2.  Promotional & Demonstration Fares

In 1994, the WMATA Board approved a policy that provided for the implementation of promotional and demonstration fares. These fares can be priced from free to an amount less than the regular fare established in the WMATA Tariff. For a list of short-term promotional and demonstration fares that are currently in effect for up to six (6) months, please see the Appendix on Pilot Programs attached hereto.  Before any promotional or demonstration fare becomes permanent, it must be approved by the WMATA Board.  The WMATA Board also has the authority to adjust rail and bus fares for specific special events.  Special event fares of no more than five times the normal rate for fares and passes on bus and rail may be instituted.

The WMATA Board has authorized reduced fare service on certain bus lines. The cost for this service is absorbed as subsidy by its regional or non-regional designation or through a Fare Buy Down Agreement with a third party to reduce or offset the fare paid by a group of passengers designated in the Fare Buy Down Agreement[21]. The applicability of transfers to other rail or bus service is established as part of the authorizing action.

Current special fare programs are as follows:

### 2.1 Paratransit Service

Pursuant to the requirements of the Americans with Disabilities Act of 1990 (ADA), the public transportation systems in the Washington metropolitan area provide complementary paratransit service to persons with disabilities who are not able to use local, fixed-route systems through MetroAccess regional paratransit service. Paratransit fares are calculated at twice the fastest comparable fixed-route fare rate up to a maximum fare of $6.50.  When traveling via Metrorail or Metrobus, MetroAccess Customers certified by Metro as 'conditionally eligible' may ride Metrorail and Metrobus at no charge. Personal Care Assistants will pay the same fare that is charged to the customer they accompany[22]. For additional information on paratransit eligibility and fares, please refer to the Customer Guide to MetroAccess available online at wmata.com.

WMATA 0163

CONFIDENTIAL

## 2.2.     Montgomery County Free Rides for Seniors and Persons with Disabilities

Metrobus provides free rides during non-peak hours from 9:30 a.m. to 3:00 p.m. on Monday-Friday and 8:30 a.m. to 4:00 p.m. on Saturdays to Senior Citizens and Persons with Disabilities for all buses operating in Montgomery County on the following routes[23]:  C2, C4, C8, D5, F4, J1, J2, J3, J4, K6, K9, L8, Q1, Q2, Q5, Q6, T2, Y8, Z2, Z6, Z9, Z11, and Z29. No transfers will be issued. Valid identification must be displayed.

## 2.3.     Montgomery County "Kids Ride Free" Program

Montgomery County students with a Ride On Youth Cruiser SmarTrip® Card or a valid student ID with an expiration date for the current school year, or if during the summer months, the student must have a student ID with an expiration date for the previous June in order to ride without charge on all bus trips taken between 2:00 PM and 8:00 PM Mondays through Fridays on the following routes:  C2, C4, C8, D5, F4, J1, J2, J3, J4, K6, K9, L8, Q2, Q4, Q6, T2, Y7, Y8, Z2, Z6, Z7, Z8, and Z11[24].  During all other days and hours, such students will pay the same fares as other passengers.

## 2.4.     University Pass Program

The University Pass (U·Pass®) is a discounted fare medium that allows unlimited riding privileges to full-time college students in accredited post-secondary degree-granting institutions throughout the academic year. The U·Pass® product allows students unlimited travel on Metrorail and Metrobus, express buses and airport shuttles during the academic term.[25]

## 2.5.     Children Under Age 5

Up to two children under five years of age will be permitted to ride free when accompanying a fare paying passenger.  All transit riders aged five years and older must present applicable fare products at the full fare rate to ride any Metro transit vehicle. In case of doubt, operator may inquire the age of the accompanying passenger. The accompanying passenger's statement will be accepted.

## 2.6.     Police Officers

Police of the local governing bodies of the WMATA transit zone when in uniform may ride the Metro transit system free of charge.  Also, when in uniform, the state police of Maryland and Virginia, the U.S. Park Police, the U.S. Capitol Police, the Secret Service, and local sheriff's offices may ride the Metro transit system free of charge[26].

Non-uniformed police officers and members of the sheriff's offices located within the WMATA transit zone may ride free upon presenting a WMATA issued ID card[27].

WMATA 0164

CONFIDENTIAL

## 2.7.    WMATA Members

When presenting a valid identification card all former and active WMATA Board members and officers, all active and retired WMATA employees, and spouses of designated former Alexandria, Barcroft and Washington Transit (AB&W) employees may ride the Metrorail and Metrobus transit system free of charge[28]. If the WMATA or AB&W member is eligible for MetroAccess services, they may ride free of charge on MetroAccess.

## 2.8    Mark Center Employees and Visitors

Department of Defense employees with a valid employee ID, individuals who possess a valid Military ID or a Mark Center Building Pass may ride free of charge to the Department of Defense Washington Headquarters at the Mark Center on certain Metrobus lines when boarding at Pentagon Transit Center, Mark Center Transit Center or Southern Towers. Metrobus routes to which this program applies are:  7A, 7F, 7M, 7W, 7X, 7Y, also known as the Lincolnia-North Fairlington line; the Lincolnia-Park Center-Pentagon line; and the Mark Center-Pentagon line[29].

## 2.9    U.S. Coast Guard Employees and Visitors

U.S. Coast Guard employees with a valid employee ID and visitor with a valid Military ID or other U.S. Coast Guard pass may ride all Metrobus routes to and from the Coast Guard Headquarters free of charge when boarding at the Anacostia Station, L'Enfant Plaza or St. Elizabeth's Campus Gate #4. This includes the following Metrobus routes:  A4, A9, and W5 routes.

## 2.10    Department of Defense Employees and Visitors

Department of Defense employees with a valid employee ID and individuals who possess a valid Military ID may ride free of charge to the Mark Center Transit Center on the Metrobus 28X line.

WMATA 0165

CONFIDENTIAL

# VIII.    SALE OF METRO FARE PRODUCTS

### 1. Retail Outlets

Fare products can be purchased online, in person at Fare Vending Machines located at all Metrorail stations or at the Metro Sales Office located at Metro Center Station near the 12th and F Street exit in Washington, DC and authorized retail outlets.

### 2. SmarTrip® Cards

The SmarTrip® card costs $2.00[30] and eliminates the need to carry cash, coins, and transfers. The value on a registered SmarTrip® card cannot be lost if the card is misplaced or damaged. For a $2 replacement fee, a new card auto-loaded with the remaining value of the misplaced/damaged SmarTrip® card at the time you notify Metro, can be provided to the registered SmarTrip® card owner. Tapping the auto-loaded card within 30 days of receipt activates the value on the card. SmarTrip® cards can be purchased at WMATA Fare Vending Machines located at all Metro Stations and can be purchased at the Metro Sales Office located at Metro Center Station near the 12th and F Street exit in Washington DC and from authorized retail outlets, or online at wmata.com. Only cards purchased online will be registered at the time of purchase. To register cards purchased from other retail outlets, go to wmata.com.

### 3. Senior SmarTrip® Cards

Passengers age 65 and older can purchase a Senior SmarTrip® card for discounted trips on Metrobus and Metrorail. Reduced fare will automatically be deducted with the Senior SmarTrip® card. Parking fees are not reduced with a Senior SmarTrip® card. To purchase the SmarTrip® card, seniors must show a valid government issued photo ID with proof of age at either the Metro Sales Office at Metro Center Station near the 12th and F Street exit in Washington DC, at authorized retail outlets or at selected public libraries located in Montgomery County.  Reduced fare Senior SmarTrip® cards are not sold in vending machines at Metro stations.

### 4. Metrorail and Metrobus Passes

All Metrorail and Metrobus passes including SelectPass® and the 7-day Regional Bus Pass are fare products that are electronically loaded onto SmarTrip® cards. While the services and fares vary according to the fare product loaded onto the SmarTrip® card, the card visually appears to be the same card for all fare products.

### 5. Metrobus Tokens

Metro tokens are sold in packages of ten (10) at a cost of $20.00 to organizations only. DC Student tokens are subsidized by the District of Columbia for use in conjunction with official school trips. DC Student tokens can be purchased in packages of ten (10) for $10.00 via the DDOT bulk purchase process.

WMATA 0166

CONFIDENTIAL

## IX.                    BULK SALE OF METRO FARE PRODUCTS

**1.  Fare Products Available for Bulk Purchase**

Bulk purchases by a convention, visitor or other group of passengers can be acquired for the following fare products: SmarTrip® cards at a cost of $2 per card with each card preloaded in value amounts of $5, $8, $10, $15, $20, $28 or $30. Also available for bulk purchase are the One-Day Metrobus/Metrorail pass and the Weekly Metrorail pass. Bulk purchase of Metrobus tokens are available for purchase by social services agencies and schools only.

**2.  Bulk Purchase Process**

There is no minimum quantity requirement for bulk purchases.  To make a purchase, contact the Bulk Sales Office in writing at 3301 Eisenhower Ave, Alexandria VA 22314-4549 or by facsimile at 703-960-7323 or by telephone at phone number 202-962-5700. All bulk sales orders must be in writing with the following information: contact name, telephone number, address for order delivery, the fare products requested, and the quantity. A check, money order or cashier's check in the exact amount of the purchase must be included with the order.

**3.  Bulk Purchases of Metrobus Tokens**

Only schools and social services agencies that are located within the District of Columbia may purchase Metrobus tokens. Bulk sales of any fare products, including Metrobus tokens by a school requires written approval by the DDOT Office of Mass Transit. Such approval must be provided to WMATA at the time that the order is placed along with a check or purchase order from a school that is located within the District of Columbia.

WMATA 0167

CONFIDENTIAL

# X.    METRO SERVICE THROUGH OTHER TRANSIT FARE PRODUCTS

### 1. DC One Card – Full Fare

The DC One Card is issued by DC government and is designed to give children, adult and senior DC residents access to DC government facilities and programs, including public schools, recreation centers, libraries and the Metro system. The DC One Card contains SmarTrip® card capabilities and can be used to hold value and to pay fare to access Metrorail and Metrobus. For more information, contact the DC One Card Helpline by email at octo@dc.gov or by phone at (202) 727-6030.

### 2. DC One Card – Kids Ride Free on Bus/Rail Pass

The School Transit Subsidy Program offers free rides on Metrobus and Metrorail for District of Columbia (DC) public school and public charter school students to travel to and from school and school-related activities within DC.[31]  The program is available to students under 21 years old who live in the DC and are enrolled in DC schools.  The program relies on an electronic pass that is loaded onto a student's school identification card, the DC One Card[32]. The card can be acquired through the student's school or consult www.dconecard.dc.gov for other locations.

### 3. DC One Card – Kids Ride Free on Bus Pass

The School Transit Subsidy Program offers free rides on Metrobus for DC Private, Parochial and foster youth students. The program is available to students under 21 years old who live in DC and are enrolled in DC schools.  The program relies on an electronic pass that is loaded onto a student's school identification card, the DC One Card. The card can be acquired through the student's school or consult www.dconecard.dc.gov for other locations.

### 4. DC One Card – Student Monthly Pass

Private, parochial and foster youth students in DC that are eligible for the Transit Subsidy Program as stated above do not have access to free rail and therefore may purchase at a discount rate an electronic monthly pass that is loaded onto the DC One Card for unlimited Metrorail rides.  The pass is subsidized through the District of Columbia Department of Transportation (DDOT) and after the first purchase may be renewed monthly during the school year. Private and parochial school students must preregister online to qualify for the transit pass at www.dconecard.dc.gov.

### 5. Transit Link Cards

The Transit Link Card, also known as the TLC pass is fare products sold by MARC, VRE, and MTA that provides multi-modal travel that includes unlimited Metrorail and regular Metrobus during the month of issuance for an additional fee.  The cost of the TLC pass varies depending on the transit services purchased, the time period of use and the transit zones traversed.  See MetroRail

WMATA 0168

CONFIDENTIAL

section 5 for WMATA's portion of the total price of the card which is processed by the regional transit provider. These cards may be used for Metrobus Express Service by paying a transfer fee. To purchase the TLC card, consult MARC at mta.gov/marc, contact VRE at vre.org, and MTA at mta.gov  To purchase the TLC card online, log onto commuterdirect.com.

**6.  MTA CharmCard®**

The MTA CharmCard® can be used throughout Washington, Baltimore and the surrounding region to pay for rail and bus fares and for parking fees at Metro operated parking facilities. The card costs $2.50 and comes with $7.50 in stored value already on the card for a total price of $10. Additional value can be added to the card at MTA ticket vending machines, MTA bus farebox, Metrorail stations, on Metrobus or buses at participating transit agencies.

**7.  SmartBenefits®**

SmartBenefits® is an IRS-compliant, web-based program that facilitates employers/providers in directing the dollar value of employees/recipients commuting benefits to a SmarTrip® card that can be used for parking (if the employer/provider funds a parking benefit separate from a transit benefit), rail, bus or van pool travel throughout the D.C. metropolitan region.  SmartBenefits® provides for the electronic delivery of monthly transit and parking benefits from employers/providers to employees/recipients and transit providers.  For additional information and to register for the program, log onto wmata.com.

WMATA 0169

CONFIDENTIAL

# XI.                               METRO FARE EVASION

## 1.  Fare Evasion

Except as authorized within Article VII, any person who boards a passenger-carrying vehicle or passes through a fare gate without paying the established fare or presenting a valid Pass is subject to arrest and prosecution. Metro Transit Police Department (MTPD) is authorized in each jurisdiction to issue fines ranging from $50-$100 and other penalties, including criminal or civil citations to adult and juvenile offenders. The specific fine amount is determined by the law of the jurisdiction in which the offense occurred.

Value added to a SmarTrip® card using SmartBenefits® or other valid transit benefit programs shall be used only by qualified employees/recipients who receive the benefit from their employer/provider.  Use by any person not qualified by the employer/provider invalidates the value added, is illegal and may subject the person to arrest and/or prosecution.

## 2.  Confiscation of Fare Products

Metro will not honor fare products purchased from non-authorized sources. The use of any SmarTrip® and/or DC One card by any person other than the duly authorized registered user or student for such card may result in the card being confiscated by MTPD or another WMATA agent or employee.  Confiscated SmarTrip® cards will be canceled and destroyed.  Confiscated DC One cards will be returned to the authorized government agent(s) of the District of Columbia.

WMATA 0170

CONFIDENTIAL

# XII.                REFUNDS & TRANSFERS OF FARE PRODUCTS

WMATA fare products are refundable or transferable only as specified in this policy. Patrons experiencing difficulties with SmarTrip® cards should contact SmarTrip Customer Service at 1-888-762-7874.

## 1.  Fare Product Refunds (excluding SmartBenefits®)

All fare product sales are final. Unused SmarTrip® stored value sales are refundable for cash only when the group or passenger resides outside of a one-hundred (100) mile radius of the District of Columbia and has no reasonable expectation of utilizing WMATA services in the future. Proof of residence is required.

## 2.  Refunds of SmartBenefits®

SmartBenefits® are treated differently due to IRS Regulations applicable to qualified transportation fringe benefits. In general, unused SmartBenefits® are not refundable to the benefit employee/recipient, but may be credited to the benefit employer/provider. Based on the election made by the employer/provider during SmartBenefits® registration, SmartBenefits® that are not used by the end of a benefit period may be either rolled over for the employee/recipient's use during a subsequent benefit period or credited to the employer for reallocation to other employees.  However, a refund to an employer/provider will be granted for unallocated SmartBenefits Anytime funds and/or unallocated SmartBenefits non-rollover funds to an employer/provider if the employer/provider is closing their SmartBenefits account.  SmartBenefits rollover funds allocated to employees/recipients will not be refunded under any circumstances. For additional information on SmartBenefits®, visit the website at wmata.com/smartbenefits.

## 3.  Refund of Bulk Purchase Orders

SmarTrip® cards sold in bulk, regardless of payment method, may be refundable upon return of the cards along with the original invoice and proof of payment such as a canceled check. Refunds will be granted when SmarTrip® cards are unused and non-time sensitive.  To receive a refund, return the unused fare products, along with a copy of the original yellow invoice, and proof of payment to WMATA Treasurer, Fare Distribution and Sales, 3301 Eisenhower Ave, Alexandria VA 22314-4549.  No refunds will be provided for partially used fare products. Please note that bus tokens are not refundable.

## 4.  Exchange of Metrobus Tokens

Metrobus tokens are non-refundable.  The original purchasing school or social service agency may exchange a bulk purchase of fare products for other student fare products, but only if the purchase is returned with the original purchase order. No open token bags will be accepted for exchange.

WMATA 0171

CONFIDENTIAL

**Malfunctioning SmarTrip® Dispensers**

SmarTrip® dispensers are located at all Metrorail stations to purchase or add value to SmarTrip® cards. Passengers who lose money in SmarTrip® dispenser machines or failed to receive a card after submitting payment should see the station manager and contact SmarTrip® customer service at 1-888-762-7874. The passenger should retain the device receipt for verification and tracking purposes. Adjustments will be delivered electronically via auto-loaded value to a registered SmarTrip® card if the passenger has registered his/her card or to the appropriate SmartBenefits® account. If the passenger has not registered his/her SmarTrip® card, a replacement card fee of $2.00 will be assessed for a new SmarTrip® card that is auto-loaded in the value that was lost.

**5.  Lost or Damaged Fare Products**

WMATA is not responsible for fare products that is lost or damaged from the possession of its owner while using the transit system or after exiting the transit system. Passengers that lose fare products within the Metrorail system will be charged the maximum peak or off-peak fare at the station exited with peak or off-peak fare determined at the time of fare gate exit.

Owners of registered SmarTrip® cards may report their lost or damaged cards to SmarTrip® Customer Service via email at wmata.com, or via their SmarTrip® online account or by calling or 1-888-762-7874. The remaining value on lost or damaged SmarTrip® cards will be frozen as of the time of notification to Customer Service. Customer Service will assess a $2.00 fee and mail a replacement SmarTrip® card to the registered owner with the frozen stored value balance of the lost or damaged card electronically transferred onto the replacement card. The registered owner of the lost or damaged card may also request an electronic transfer of value to another SmarTrip card registered to the owner. The value must be activated within 30 days by tapping the card at a faregate, parking gate, or any SmarTrip fare vending machine. In addition, SmartBenefits® employees/recipients also must: i) Provide their replacement card number to their employer/provider's SmartBenefits® administrator to complete the transfer of unused SmartBenefits® transit or parking funds and set-up the card to receive future SmartBenefits, and ii) If the employee/recipient allocates SmartBenefits to a third-party transit provider (e.g., for commuter rail or a vanpool), then the employee/recipient must use the SmartBenefits® Passenger Allocation System to allocate future SmartBenefits associated with the replacement card to the appropriate third-party transit provider.

**6.  Special Extenuating Circumstances**

Except as otherwise noted in this policy, all requests for fare adjustments will be processed by the Office of the Treasurer. The GM/CEO or his/her designee may also establish procedures for the approval of refunds and exchanges for special and extenuating circumstances.

WMATA 0172

CONFIDENTIAL

# XIII.                              REFERENCES

[1] WMATA Compact §9(b).
[2] WMATA Compact §76(e).
[3] Resolution 2016-27.
[4] Resolution 1988-33.
[5] Resolution 2012-28.
[6] Resolution 2007-40.
[7] Resolution 2018-03.
[8] Resolution 2016-14.
[9] Resolution 2017-11.
[10] Resolution 2017-31.
[11] Resolution 2007-40.
[12] Resolution 1986-58.
[13] Resolution 2017-31.
[14] Resolution 2014-44; and 2017-31.
[15] Resolution 2010-31.
[16] Resolution 1997-24.
[17] Resolution 2005-23.
[18] Resolution 2010-31.
[19] Resolution 2009-35.
[20] Resolution 2010-31.
[21] WMATA Compact §79.
[22] Resolution 2005-46.
[23] Resolution 2006-49.
[24] Resolution 2011-29.
[25] Resolutions 2016-14; 2016-24; and 2017-16.
[26] Resolution 1984-52.
[27] Resolution 2005-34.
[28] Resolution 1999-36.
[29] Resolution 2015-45.
[30] Resolution 2010-31.
[31] Resolution 2017-11
[32] Resolution 2014-35.

WMATA 0173